## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

**FILED**

### OFFICE OF THE CLERK
**501 "I" Street**
**Sacramento, CA 95814**

~ ? 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern District of California
450 Golden Gate Avenue
16th Floor #1111
San Francisco, California 94102

**EDL**

RE:      **DAVID DAVIS vs. CLEARLAKE POLICE DEPARTMENT**
USDC No.:   **2:07–CV–01098–LKK–KJM**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
June 15, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 3.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**June 21, 2007**        /s/  **R. Matson**
_____

Deputy Clerk

RECEIVED BY:   _____

Please Print Name

DATE RECEIVED:   _____

NEW CASE
NUMBER:   _____