FILED
JUN 0 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

David Davis & Page Gearhart-Davis
In PRO SE

(b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

**DEFENDANTS**

Clearlake Police Department

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

(c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

David Davis & Page Gearhart-Davis
In PRO SE

Attorneys (If Known)

2:07-CV-1098 LKK KJM PS

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No       ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Violation of Civil Rights - 18 U.S.C. § 241 & 242, 42 U.S.C. § 14141, 1983 & 1985

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER | | |
|---|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act | |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | | |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | ☐ 791 Empl. Ret. Inc. Security Act | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | | |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights | |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent | |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark | |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) | |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) | |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI | |
| | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) | |
| | ☐ 240 Torts to Land | | ☒ 440 Other Civil Rights | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 890 Other Statutory Actions | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**FOR OFFICE USE ONLY:** Case Number: _____

EDCA-JS44 (01/05)                               CIVIL COVER SHEET                              Page 1 of 2

David Davis & Page Gearhart-Davis
PRO SE
PO Box 3225
Clearlake, CA 95422
(707)995-0749

**FILED**

JUN 0 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Davis & Page Gearhart-Davis PRO SE, <br><br>Plaintiff, <br><br>vs. <br><br>Clearlake Police Department, <br><br>Defendant(s) | Case No.: <br><br>**COMPLAINT** <br><br>2:07 - CV - 1 0 9 8 LKK KJM PS |

Plaintiff David Davis & Page Gearhart- Davis for its Complaint alleges as follows:

JURISDICTION

The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this action arises under the United States Constitution.

ALLEGATIONS

1. Violation of Civil Rights under the Conspiracy Against Rights of Citizens, 18 U.S.C. § 241.

2. Violation of Civil Rights under the Deprivation of Rights Under Color of Law, 18 U.S.C. § 242.

3. Violation of Civil Rights under the Law Enforcement Misconduct Statute, 42 U.S.C. § 14141.

- 1

4.  Violation of Civil Rights under the Civil Action For Deprivation of Rights, 42 U.S.C. § 1983.

5.  Violation of Civil Rights under the Conspiracies to Interfere With Civil Rights, 42 U.S.C. § 1985.

6.  Violation of the United States Constitution, Forth Amendment.

7.  Violation of the United States Constitution, Fourteenth Amendment.

8.  <u>Use of Excessive Force, False Detainment, Forged Documents</u>

Clearlake Police Department officers used excessive force when falsely detaining David Davis in violation of the Forth and Fourteenth Amendments to the United States Constitution. Clearlake Police Department Officers have used racial epithets or racially insensitive language directed against David Davis & Page Gearhart-Davis. Complaints filed against the Clearlake Police Department by David Davis and Page Gearhart-Davis have resulted in no discipline being imposed against any Clearlake Police Officer.

9.  <u>Failure to Investigate Complaints Properly</u>

The Clearlake Police Department gives greater weight to the statements of its police officers, while discounting statements of witnesses for the complaint; does not fully collect all evidence during its investigations; and does not consider an officer's prior complaint history in its investigation.

10. <u>Failure to Supervise Officers Adequately</u>

The Clearlake Police Department does not monitor complaints filed against its officers as a means of detecting problems before they occur. Clearlake Police Officers with complaint histories can and have been promoted.

RELIEF

(A)  Compensation for punitive damages due to; but not limited to, harassment, stress, and humiliation.

- 2 -

1 | (B)   Grant such other and additional relief as this Court may deem just and
2 | proper.
3 | <u>Trial By Jury</u>
4 | Plaintiff, David Davis & Page Gearhart-Davis, request a jury trial pursuant
5 | to Rule 38, Section B of The Federal Rules of Civil Procedure.
6 | Dated: 6-8-07                                          Respectfully Submitted,

*[Signature: Page Gearhart-Davis]*

David Davis &
Page Gearhart-Davis

- 3 -