UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

Northern District of California
450 Golden Gate Avenue
16th Floor #1111
San Francisco, California 94102

RE:     DAVID DAVIS vs. CLEARLAKE POLICE DEPARTMENT
USDC No.:   2:07-CV-01098-LKK-KJM

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated June 15, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 3.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**June 21, 2007**      /s/ **R. Matson**

Deputy Clerk

RECEIVED BY: _____
              Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____