CLOSED, IFP_PENDING, PRO_SE

## U.S. District Court
### Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01098-LKK-KJM

| | |
|---|---|
| (PS) Davis et al v. Clearlake Police Department<br>Assigned to: Senior Judge Lawrence K. Karlton<br>Referred to: Magistrate Judge Kimberly J. Mueller<br>Cause: 42:1983 Civil Rights Act | Date Filed: 06/08/2007<br>Date Terminated: 06/15/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**David Davis**     represented by **David Davis**
P.O. Box 3225
Clearlake, CA 95422
707-995-0749
PRO SE

**Plaintiff**

**Page Gearhart-Davis**     represented by **Page Gearhart-Davis**
P.O. Box 3225
Clearlake, CA 95422
707-995-0749
PRO SE

V.

**Defendant**

**Clearlake Police Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2007 | 1 | COMPLAINT against Clearlake Police Department by David Davis, Page Gearhart-Davis. (Attachments: # 1 Civil Cover Sheet)(Cayo, A) (Entered: 06/11/2007) |
| 06/08/2007 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by David Davis, Page Gearhart-Davis. (Cayo, A) (Entered: 06/11/2007) |
| 06/11/2007 | | APPLICATION TO PROCEED IFP filed - Action Required. (Cayo, A) (Entered: 06/11/2007) |
| 06/15/2007 | 3 | ORDER signed by Judge Kimberly J. Mueller on 6/15/2007 ORDERING CASE TRANSFERRED to the Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Matson, R) (Entered: 06/15/2007) |
| | | |

| 06/15/2007 | | SERVICE BY MAIL: 3 Order, served on David Davis, Page Gearhart-Davis. (Matson, R) (Entered: 06/15/2007) |
|---|---|---|
| 06/21/2007 | 4 | TRANSMITTAL of DOCUMENTS re 3 Order, Case Transferred Out to Another District on *6/15/2007* to * Northern District of California* *450 Golden Gate Avenue* *16th Floor #1111* *San Francisco, California 94102*. <br> *Electronic Documents: 1 to 3. *. (Matson, R) (Entered: 06/21/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/28/2007 15:06:32 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-01098-LKK-KJM |
| Billable Pages: | 1 | Cost: | 0.08 |