United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DAVIS and
PAGE GEARHART-DAVIS,

      Plaintiffs,

      v.

CLEARLAKE POLICE DEPARTMENT,

      Defendant.
_____/

No. C 07-03365 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for October 2, 2007 has been continued to October 23, 2007 at 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. An updated case management statement shall be filed no later than October 16, 2007.

Dated: September 28, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Lili M. Harrell
     Courtroom Deputy