DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
CITY OF CLEARLAKE
(erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID DAVIS and PAGE GEARHART-DAVIS PRO-SE,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEARLAKE POLICE DEPARTMENT,<br><br>Defendants. | Case No. C 07-03365 EDL<br><br>DEFENDANT CITY OF CLEARLAKE (erroneously named herein as CLEARLAKE POLICE DEPARTMENT)'S ANSWER TO VERIFIED FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL |

Comes now defendant City of Clearlake , erroneously named herein as Clearlake Police Department, and in answer to the verified first amended complaint on file herein admits, and alleges as follows:

1.

In answer to the allegations on page 1, lines 18-19 of the complaint, this defendant has no information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

2.

In answer to the allegations on page 1, lines 21-23 of the complaint, this defendant has no information or belief to enable it to answer said allegations, and for that reason and basing its denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

3.