DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
CITY OF CLEARLAKE
(erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID DAVIS and PAGE GEARHART-DAVIS PRO-SE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CLEARLAKE POLICE DEPARTMENT,<br><br>　　　　　Defendants. | Case No. C 07-03365 EDL<br><br>STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR TUESDAY, OCTOBER 23, 2007 |

COMES NOW Defendant City of Clearlake with the following representations and stipulation to continue the case management conference scheduled for October 23, 2007, before The Honorable Magistrate Judge Elizabeth D. Laporte, to Tuesday November 13, 2007.

On the filing of an answer on behalf of the City of Clearlake on October 18, 2007, counsel for the City of Clearlake were informed that a case management conference was on schedule for October 23, 2007, before The Honorable Magistrate Judge Elizabeth D. Laporte.  Due to a trial conflict by counsel for the City of Clearlake, the court suggested that the parties stipulate to a continuance of the case management conference to a more convenient date.

Dale L. Allen, Jr., counsel for the City of Clearlake, contacted Ms. Page Davis, plaintiff in pro se, and requested the stipulation to continue the case management conference.  Ms. Davis stipulated on behalf of herself and her husband, David Davis, also a plaintiff in pro se.  It was agreed that a Tuesday would be the best

1  day for the continued case management conference, and based on scheduling, November 13, 2007 was agreed
2  as the earliest and best available date.
3      COME NOW the parties with the stipulation to continue the case management conference from
4  Tuesday, October 23, 2007, and a request to have the case management conference rescheduled for Tuesday,
5  November 13, 2007, or the first available Tuesday convenient to the court's calendar.

7  Dated: October _____, 2007.
8                          LOW, BALL & LYNCH

10                    By_____/s/ Dale L. Allen, Jr._____
                     DALE L. ALLEN, JR.
11                       DIRK D. LARSEN
                     Attorneys for Defendant
12                       CITY OF CLEARLAKE

16  SO ORDERED.

19  Dated: October _19_, 2007.

IT IS SO ORDERED
[signature: Elizabeth D. Laporte]
Judge Elizabeth D. Laporte

# PROOF OF SERVICE

**Action: David Davis and Page Gearhart-Davis v. Clearlake Police Department**
**U.S.D.C./Northern District Case No. C-07-03365 EDL**

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:**     STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR TUESDAY, OCTOBER 23, 2007

**ADDRESSES:**
David Davis and Page Gearhart -Davis
P.O. Box 3235
Clearlake, CA 95422
Tel: 707-995-0749
Plaintiffs In Pro Se

**[X]**   **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]   **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]   **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

[ ]   **(BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)** I placed a true copy, enclosed in a sealed, postage-paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on October 18, 2007.

                                                          /s/     M. Kathryn Mansfield

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-
PROOF OF SERVICE

J:\1427\sf0001\P-STIP.CONTINUE.wpd