In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   November 13, 2007

Case No:  **C- 07-03365 EDL**

Case Name:  **DAVID DAVIS, PAGE DAVIS  v. CLEARLAKE POLICE DEPT.**

    Attorneys:    Pltf:   David Davis, Page Gearhart Davis (pro se)
                       Deft:  Dale Allen

Deputy Clerk:  Lili M. Harrell         FTR digital recording: 11:21am - 11:36am

**PROCEEDINGS:**                                    **RULING:**

1.  Initial Case Management Conference         Held

2.

**ORDERED AFTER HEARING:**   Case referred to the Court's ADR Program for the parties to participate in a telephone conference for determination of an ADR process.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   for

**PRETRIAL SCHEDULE:**
Last day to add new parties: 12/14/07
Discovery cutoff: 6/23/08
Initial expert disclosure deadline: 8/12/08
Rebuttal expert disclosure deadline: 8/26/08
Expert discovery cutoff: 9/9/08
Dispositive Motion filing deadline: 7/8/08
Dispositive Motions hearing date: 8/12/08 at 9:00am
Pretrial Conference: 10/21/08 at 2:00pm
Trial: 11/10/08  at 8:30 a.m., set for 5 days.
     [X] Jury  [ ]  Court

Notes:

cc: ADR