# UNITED STATES DISTRICT COURT
## Northern District of California

DAVID DAVIS and PAGE
GEARHEART-DAVIS PRO-SE

Case No. C07 03365 EDL

Plaintiff(s),
v.

CLEARLAKE POLICE DEPARTMENT

**CONSENT TO ASSIGNMENT
OR
REQUEST FOR REASSIGNMENT**

Defendant(s).

Note: Please complete either Part A or Part B below and file with the Clerk of Court.

**A. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: November 29, 2007

Dale L. Allen, JR.
_____
Signature

Counsel for City of Clearlake
(Name of party or indicate "pro se")

**B. REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION**

The undersigned party hereby declines to consent to the assignment of this case to a United States magistrate judge for trial and disposition and hereby requests the reassignment of this case to a United States district judge.

Dated:

_____
Signature

Counsel for _____
(Name of party or indicate "pro se")

NDC-22

# PROOF OF SERVICE

**Action: David Davis and Page Gearhart-Davis v. Clearlake Police Department**
**U.S.D.C./Northern District Case No. C-07-03365 EDL**

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:** CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT

**ADDRESSES:**
David Davis and Page Gearhart -Davis
P.O. Box 3225
Clearlake, CA 95422
Tel: 707-995-0749; Fax: 707-994-0987
Plaintiffs In Pro Se

[X] **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ] **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ] **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ] **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

[ ] **(BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)** I placed a true copy, enclosed in a sealed, postage-paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on November 30, 2007.

/s/    M. Kathryn Mansfield