UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DAVID DAVIS,**
**PAGE GEARHART-DAVIS,**

    Plaintiffs,

v.

**CLEARLAKE POLICE DEPT.**,

    Defendant(s).

No. **C 07-03365** EDL

REFERRAL ORDER

After conferring with the ADR Program Counsel, the parties have agreed and it has been recommended that this case be referred to Early Neutral Evaluation.

IT IS HEREBY ORDERED that this case is referred to the Early Neutral Evaluation Program of this Court. The parties shall promptly notify the Court whether the case is resolved at ENE.

Dated: December 14, 2007

                                                  ELIZABETH D. LAPORTE
                                                United States Magistrate Judge