# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Davis,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Clearlake Police Department,<br><br>　　　　　　Defendant(s). | 07-03365 EDL ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Wendy P. Rouder**
> Arbitration and Mediation
> Pine Street Station
> P.O. Box 640873
> San Francisco, CA 94164
> 415-563-6205

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03365 EDL ENE                                    - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: January 4, 2008

5  RICHARD W. WIEKING
   Clerk
6  by:    Alice M. Fiel

7

8  _____
   ADR Case Administrator
9  415-522-3148
   Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-03365 EDL ENE                              - 2 -