ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

January 25, 2008

**VIA 1ST-CLASS MAIL AND EMAIL**

David Davis
P.O. Box 3225
Clearlake, CA 95422

Page Gearhart-Davis
P.O. Box 3225
Clearlake, CA 95422

Dale L. Allen Jr.
Low Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584

Dirk Donald Larsen
Low Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584

Re:   Davis v. Clearlake Police Department
      Case No. C 07-03365 EDL ENE

Dear Parties and Counsel:

   This serves to notify you that the Evaluator, Ms. Wendy Rouder, has withdrawn from this case due to personal matters. Therefore, the pre-ENE telephone conference scheduled with her for Thursday, January 31, 2008 is cancelled.

   You will receive a formal notice from the court vacating Ms. Rouder's appointment and appointing a new Evaluator. We understand the current deadline for the ENE is March 13, 2008. We will appoint another Evaluator as soon as possible.

Sincerely,

Alice M. Fiel
ADR Case Administrator
Alice_Fiel@cand.uscourts.gov