UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DAVIS and
PAGE GEARHART-DAVIS

        Plaintiffs,

        v.

CLEARLAKE POLICE DEPT.

        Defendant.
_____/

No. C07-03365 EDL

NOTICE AND ORDER SETTING
BRIEFING SCHEDULE

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiffs' Motion to Compel Request for Document Production and for Discovery to Begin, filed in the above-entitled action on January 22, 2008. The hearing on Plaintiffs' motion is scheduled for March 4, 2008 at 9:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Avenue, San Francisco.

In accordance with Civil Local Rule 7-3, the opposition shall be served and filed no later than February 12, 2008. Any reply to the opposition shall be served and filed no later than February 19, 2008

## LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as otherwise noted above, all documents shall be filed at the Clerk's Office in compliance with Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered.

1    If documents are filed electronically, a paper chambers copy of each electronically filed
2 document must be delivered to the Court no later than 12:00 noon on the day after the filing. The paper
3 chambers copy must be marked "Chambers Copy" and must be lodged with the Clerk's Office, in an
4 envelope clearly marked with the judge's name, case number, and "Chambers Copy." Parties must not
5 <u>file</u> a paper copy of any document with the Clerk's Office that has already been filed electronically.

6    Any party seeking an award of attorney's fees or other expenses in connection with this motion
7 shall file a motion in accordance with Civil Local Rule 37-3.

8 Dated:  January 28, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge