DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
CITY OF CLEARLAKE
(erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID DAVIS and PAGE GEARHART-DAVIS PRO-SE,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEARLAKE POLICE DEPARTMENT,<br><br>Defendants. | Case No. C 07-03365 EDL<br><br>DECLARATION OF DALE L. ALLEN, JR., IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION AND FOR DISCOVERY TO BEGIN<br><br>Date:       March 4, 2008<br>Time:      9:00 a.m.<br>Courtroom: E, 15th Floor<br><br>Judge:     Hon. Elizabeth D. LaPorte |

I, DALE L. ALLEN, JR., declare as follows:

1. I have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

2. I am an attorney at law duly licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California, and am a shareholder with the law firm of Low, Ball & Lynch, attorneys of record herein for defendant CITY OF CLEARLAKE.

3. The present action is not subject to the exemptions of Federal Rules of Civil Procedure, Rule 26(a)(1)(B), and I am not aware of rules, stipulation or court order in this matter that would eliminate the

-1-
DECLARATION OF DALE L. ALLEN, JR., IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES
TO REQUEST FOR PRODUCTION AND FOR DISCOVERY TO BEGIN

J:\1427\sf0001\P-Opp.Mot.Compel(Allen.Dec).wpd                                         Case No. C 07-03365 EDL

1. prerequisite of Rule 26(d)(1).

2. 4. I spoke informally with plaintiffs David Davis and Page Gearhart-Davis regarding discovery in the present matter on November 13, 2007 and November 29, 2007.

3. 5. The informal discussions I had with plaintiffs regarding discovery in this matter did not, and were not intended to, cover all the topics listed in Federal Rules of Civil Procedure, Rule 26(f), and they did not result in the development of a discovery plan as defined by Rule 26(f)(2).

4. 6. I am currently working with defendant City of Clearlake to compile and prepare the initial disclosures defined by Federal Rules of Civil Procedure, Rule 26(a)(1), and expect to serve them on plaintiffs before March 4, 2008.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of February, 2008, in San Francisco, California.

    /s/    Dale L. Allen, Jr.
DALE L. ALLEN, JR.