1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   CITY OF CLEARLAKE
6  (erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID DAVIS and PAGE GEARHART-DAVIS PRO-SE,<br><br>             Plaintiffs,<br><br>vs.<br><br>CLEARLAKE POLICE DEPARTMENT,<br><br>             Defendants. | Case No. C 07-03365 EDL<br><br>STIPULATION TO CONTINUANCE OF EARLY NEUTRAL EVALUATION |

COMES NOW plaintiffs David Davis and Page Gearhart-Davis and Dale L. Allen, Jr. on behalf of defendant City of Clearlake, with a stipulation by the parties and a request by the parties to continue the deadline to complete the Early Neutral Evaluation ("ENE"), which is currently scheduled for March 13, 2008. An ENE evaluator who was originally appointed was forced to recuse and a new ENE evaluator has not yet been appointed as of this date. The parties hereby request that the court set the deadline for completion of the ENE for April 25, 2008.

Dated: February 21, 2008.                    LOW, BALL & LYNCH

                                             By /s/ Dale L. Allen
                                             DALE L. ALLEN, JR.
                                             DIRK D. LARSEN
                                             Attorneys for Defendant
                                             CITY OF CLEARLAKE

1  (Stipulation To Continuance Of Early Neutral Evaluation)

2  Dated: February ____, 2008.

4  By: _____
5  DAVID DAVIS
   Plaintiff in Pro Se

7  Dated: February 27, 2008.

9  By: _____
10 PAGE GEARHART-DAVIS
   Plaintiff in Pro Se

*******************************

14 It is hereby ordered that the deadline for completing the ENE is April 25, 2008.

16 Dated: _____

18 HONORABLE ELIZABETH D. LAPORTE
19 UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION TO CONTINUANCE OF EARLY NEUTRAL EVALUATION
J:\1427\sf0001\P-STIP.CONT-2.wpd                           Case No. C 07-03365 EDL