FILED

08 FEB 28 PM 12:52



UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

David Davis and Page Gearhart-Davis
PRO SE,

   Plaintiff(s),

Case Number: **C 07-03365 EDL**

**CERTIFICATE OF SERVICE**

Vs.

Clearlake Police Department,

   Defendant(s)
           /

  I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the above entitled action.

  That on  **February 27, 2008** , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

    Low, Ball & Lynch
    505 Montgomery Street, 7th Floor
    San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

```
 1  DAVID DAVIS and PAGE GEARHART-DAVIS
    PRO SE
 2  PO BOX 3225
    CLEARLAKE, CA 94522
 3  (707)995-0749

 4

 5                   IN THE UNITED STATES DISTRICT

 6                 THE NORTHERN DISTRICT OF CALIFORNIA

 7                       SAN FRANCISCO DIVISION

 8

 9  DAVID DAVIS and PAGE GEARHART-DAVIS,   Case No.: C 07-03365 EDL

10           Plaintiff(s),                 INITIAL DISCLOSURES

11      vs.

12  CLEARLAKE POLICE DEPARTMENT,

13           Defendant(s)

14

15     The Plaintiff(s) to the above-entitled action jointly submit these Initial

16  Disclosures.

17   A.  Names of Individuals Likely to Have Discoverable Information:

18        1. David Davis:(707)995-0749 PO Box 3225 Clearlake, CA 95422

19        2. Page Gearhart-Davis:(707)995-0749 PO Box 3225 Clearlake, CA 95422

20        3. Teresa Stacey:(707)350-4463

21        4. Marci Deverau:(707)994-5822

22   B.  Documents, Electronically Stored Information, and Tangible Things:

23        1. David Davis' Interim Divers License: Filed as Exhibit A in First

24           Amended Complaint

25        2. Ticket 49299: Filed as Exhibit B in First Amended Complaint
```

- 1

3. Minute Order for Case TR093498: Filed as Exhibit C in First Amended Complaint

4. Officer Hobbs Report: Filed as Exhibit D in First Amended Complaint

5. Ticket 52003: Filed as Exhibit E in First Amended Complaint

6. Minute Order for Case TR095007: Filed as Exhibit F in First Amended Complaint

7. Ticket 50128: Filed as Exhibit G in First Amended Complaint

8. Receipt from Court regarding Case TR093472: Filed as Exhibit H in First Amended Complaint

9. Ticket 52021: Filed as Exhibit I in First Amended Complaint

10. Ticket 52022: Filed as Exhibit J in First Amended Complaint

11. Page Gearhart's Drivers License: Filed as Exhibit K in First Amended Complaint

12. Insurance on Davis' Vehicle: Filed as Exhibit L in First Amended Complaint

13. Registration on Davis' Vehicle: Filed as Exhibit M in First Amended Complaint

14. Teresa Stacey's Statement: Filed as Exhibit N in First Amended Complaint

15. Signature's from Monthly Meetings: Filed as Exhibit O in First Amended Complaint

16. Judy Thein's Statement: Filed as Exhibit P in First Amended Complaint

17. Audiotape from Court Hearing on December 14, 2006: Filed as Exhibit Q with Motion to Compel Request For Document Production and for Discovery to Begin

18. Recoding Engineer's Letter: Filed as Exhibit R with Motion to Compel Request For Document Production and for Discovery to Begin

19. Title for Dirt Bike: Exhibit S

20. Print out of Page Gearhart's Drivers License: Exhibit T

21. Copy of Sgt. Celli's Signature from Case GN40399: Filed at Superior Court of California, County of Lake

22. Video from Alleged 911 call: To Follow

23. Picture of Registration Sticker on Dirt Bike: To Follow

24. Newspaper Article from Clearlake Observer-American – FBI Questions Sharon Goode About City's Administration Procedures: archived on 7-23-05 with newspaper

25. Newspaper Article from Clearlake Observer-American – FBI Pays Second Visit to City Hall: archived on 8-6-05 with newspaper

26. Newspaper Article from Clearlake Observer-American – Clearlake Would Be Safer Without Abusive Officers: archived on 9-27-06 with newspaper

27. Newspaper Article from Clearlake Observer-American – Citizens Concerned With Peace Officers Conduct: archived on 11-8-06 with newspaper

28. Newspaper Article from Clearlake Observer-American – City Rejects $1.5 Million Injury Claim: archived on 2-28-07 with newspaper

29. Newspaper Article from Clearlake Observer-American – There Are Rats in City Hall: archived on 2-28-07 with newspaper

30. Newspaper Article from Clearlake Observer-American - Shame to See the Caliber of Officers in Clearlake: archived on 3-21-07 with newspaper

31. Newspaper Article from Clearlake Observer-American - Clearlake Police Department Administration Needs to Examine Past Abuses: archived on 7-11-07 with newspaper

32. Newspaper Article from Clearlake Observer-American - Disincorporation on City Council's Sept. 27th Agenda: archived on 9-19-07

C. **Computation of Damages:**

1. Compensation of truck that was towed on 8-3-06.
2. Compensation for punitive damages due to; but not limited to, violation of Civil Rights, violation of Constitutional Rights, racial profiling, false detainment, excessive force, illegal search and seizure, name forgery, falsifying police reports, harassment, stress and humiliation.
3. Any officers to be found guilty of any civil or criminal charges to be prosecuted.
4. Conduct a full investigation into the Clearlake Police Department and Employees (past and present).
5. Grant such other and additional relief as this court may deem just and proper.

D. **Insurance Agreements:**

1. None

1 | Dated this 26th day of February, 2008           Respectfully Submitted,

2                                            DAVID DAVIS and PAGE
3                                            GEARHART-DAVIS

Exhibit S

# STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

17500021047

| | | | | | |
|---|---|---|---|---|---|
| VEHICLE ID NUMBER | | | | | PLATE NUMBER |
| JYA3ULW07XA098471 | | | | | P53H30 |
| BODY TYPE MODEL | UNLADEN WEIGHT | CLASS | YR 1ST SOLD | YR MODEL | MAKE | REGISTRATION EXPIRATION DATE |
| MX | AX | G | 1999 AN | 1999 | YAMA | 06/30/2001 |
| | FUEL | TRANSFER DATE | | MO | FN | FEES PAID $21 |
| MOTORCYCLE ENGINE NUMBER | | | EQUIPMT/TRUST NUMBER | | ODOMETER DATE | ISSUE DATE |
| 3UL098197 | | | | | | 02/22/00 |

REGISTERED OWNER(S)
BECK DONALD L
379 BRADLEY DR
VACAVILLE CA 95687

ODOMETER READING
100

I certify under penalty of perjury under the laws of the State of California, that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. DATE 5/14/05   X _____ SIGNATURE OF REGISTERED OWNER

1b. DATE   X _____ SIGNATURE OF REGISTERED OWNER

The odometer now reads |_|_|_|_|_|_| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   X _____ TRANSFEROR/SELLER SIGNATURE(S)

PRINTED NAME OF AGENT SIGNING FOR A COMPANY

DATE   X _____ TRANSFEREE/BUYER SIGNATURE(S)

PRINTED NAME OF AGENT SIGNING FOR A COMPANY

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned.)
Release Date 5/14/05

001704

CA 45415175
REG 17.30 (REV. 2/98)

KEEP IN A SAFE PLACE — VOID IF ALTERED

```
               CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
                       ***CUSTOMER RECEIPT COPY***
                    DRIVER LICENSE/IDENTIFICATION CARD
                           INFORMATION REQUEST
                               01/03/08
DAK99933530K4A7016131
    DATE:01-03-08*TIME:15:32*
    DL/NO:A7016131*
    B/D:09-27-1974*NAME:GEARHART,PAGE CHRISTINE*
    MAIL ADD AS OF 09-11-07:PO BX 3225, CLEARLAKE 95422*
    RES ADD:3230 2ND ST, CLEARLAKE*
    OTH ADD AS OF 04-15-05:7903 BONNIE DOWNS WAYS, ELK GROVE*
    AKA:
    GEARHART,PAGE CHRISTINA*WARD,PAGE CHRISTINE*
    IDENTIFYING INFORMATION:
    SEX:FEMALE*HAIR:BROWN*EYES:BRN*HT:5-03*WT:110*
    ID CARD MLD:00-00-00*CANCELLED,LOST 11-02-01*
    LIC/ISS:09-11-07* EXP:09-27-12*CLASS:C NON-COMMERCIAL*
    ENDORSEMENTS:NONE*

    HEALTH QUESTIONNAIRE EXPIRES:NONE*
    LICENSE STATUS:
    VALID*
    DEPARTMENTAL ACTIONS:
    DRV LIC SUSPENDED*EFF:10-30-04*ORDER MAILED:09-30-04*
    AUTH:13365   *
    REASON:FAIL TO APPEAR NOTICE*SERVICE:M/04-15-05*
    ACTION ENDED 11-18-05*
    CONVICTIONS:
    NONE*
    FAILURES TO APPEAR:
    NONE*
    ACCIDENTS:
    NONE*

    * * * END * * *


                530 010308 85 0039 VIR $     5.00
```