# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**　　　　　　　　　　　　　　　　　**Date:** March 4, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**　　C-07-03365  EDL

**Title:**　　DAVID DAVIS, et al  v. CLEARLAKE POLICE DEPT.

**Attorneys:**　　Plaintiffs: David Davis, Page Gearhart Davis
　　　　　　　　Defendant: Dale Allen

**Deputy Clerk:**　　Lili M. Harrell　　　　**Court Reporter:** Jim Yeomans
　　　　　　　　　　　　　　　　　　　　　　(Time: 10 min)

**PROCEEDINGS:**　　　　　　　　　　　　　　　　　　　　**RULINGS:**

Plaintiffs' Motion to Compel　　　　　　　　　　　　　　Granted in part


**ORDERED AFTER HEARING:**   Court withdraws referral to ENE. Matter is referred to a magistrate judge to conduct a settlement conference in 3 months.


**ORDER TO BE PREPARED BY:** [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

**Notes:**


cc: ADR, Wings

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date: March 4, 2008**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**    C-07-03365  EDL

**Title:**    DAVID DAVIS, et al  v. CLEARLAKE POLICE DEPT.

**Attorneys:**    Plaintiffs: David Davis, Page Gearhart Davis
    Defendant: Dale Allen

**Deputy Clerk:**    Lili M. Harrell    **Court Reporter:** Jim Yeomans
    (Time: 10 min)

**PROCEEDINGS:**                                        **RULINGS:**

Plaintiffs' Motion to Compel                            Granted in part


**ORDERED AFTER HEARING:**   Court withdraws referral to ENE. Matter is referred to a magistrate judge to conduct a settlement conference in 3 months.


**ORDER TO BE PREPARED BY:** [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:


cc: ADR, Wings