DAVID DAVIS and PAGE GEARHART-DAVIS
PRO SE
PO BOX 3225
CLEARLAKE, CA 94522
(707) 995-0749



IN THE UNITED STATES DISTRICT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID DAVIS and PAGE GEARHART-DAVIS, <br><br> Plaintiff(s), <br><br> vs. <br><br> CLEARLAKE POLICE DEPARTMENT, <br><br> Defendant(s) | Case No.: **C 07-03365 EDL** <br><br> **AFFIDAVIT OF PLAINTIFF(s) DAVID DAVIS AND PAGE GEARHART DAVIS, IN SUPPORT TO MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS & OFFICERS PERSONNEL RECORDS & MOTION TO SHORTEN TIME** |

   The Plaintiff(s) to the above-entitled action jointly submit this Affidavit in support to the Motion to Compel Production of Withheld Documents & Officers Personnel Records & Motion to Shorten Time.

   All recorded interviews taken of officers regarding complaints filed by Plaintiff(s) David Davis and Page Gearhart-Davis are relevant to Plaintiff(s) claim to illustrate a more detailed account by each officer of what allegedly happened. The Interoffice Memorandum is only an account of one officer stating, "He said, she said" when the officers recorded statements will be more substantial and should collaborate with these Interoffice Memorandums and all other supporting documents listed there in.

- 1

1    It is upon Plaintiff(s) reasonable belief that the Defendant(s), Clearlake
2  Police Department has the requested information sought by Plaintiff(s), David
3  Davis and Page Gearhart-Davis.

6  Dated this April 3rd , 2008                    Respectfully Submitted,

                                                  DAVID DAVIS and PAGE
                                                  GEARHART-DAVIS

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Lake__ } ss.

On __April 3, 2008__, before me, __Raquel Castillo-Lewis__,
       Date                                                    Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __Page Christine Gearhart__,
                                          Name(s) of Signer(s)

☐ ~~personally known to me~~
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_[Signature]_
Signature of Notary Public

[Notary Seal: RAQUEL CASTILLO-LEWIS, Commission # 1782546, Notary Public - California, Lake County, My Comm. Expires Dec 27, 2011]

Place Notary Seal Above

——————— OPTIONAL ———————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: __Affidavit of Plaintiff(s)__

Document Date: __4/3/08__        Number of Pages: __2__

Signer(s) Other Than Named Above: __David Davis (Not Notarized)__

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1997 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827