UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

David Davis and Page Gearhart-Davis
PRO SE,

      Plaintiff(s),

Vs.

Clearlake Police Department,

      Defendant(s)
_____/

Case Number: **C 07-03365 EDL**

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the above entitled action.

      That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.