United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DAVIS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CLEARLAKE POLICE DEPT.,<br><br>    Defendant.<br>_____ / | No. C-07-03365 EDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME, SETTING HEARING ON MOTION TO COMPEL, CONTINUING CASE MANAGEMENT CONFERENCE AND ORDERING PARTIES TO MEET AND CONFER** |

    On April 7, 2008, Plaintiffs filed a motion to shorten time to hear their concurrently filed motion to compel on the same date as the further case management conference set for April 29, 2008 and sufficiently in advance of the June 6, 2008 settlement conference. Defendant did not file an opposition to the motion to shorten time, which was due no later than the third court day after receiving the motion. See Civil L.R. 6-3(c). Because the Court finds no good cause to hear the motion to compel on a shortened schedule, the motion to shorten time is denied. The motion to compel will be heard on the normal schedule on May 13, 2008 at 9:00 a.m. Defendant's opposition shall be filed no later than April 22, 2008, and Plaintiffs' reply shall be filed no later than April 29, 2008. The further case management conference is continued to May 13, 2008. A joint case management conference statement shall be filed no later than May 6, 2008.

    The Court cautions Plaintiffs that the Federal Rules of Civil Procedure and the Civil Local Rules require that they meet and confer with opposing counsel prior to filing any discovery motion. See Civil L.R. 37-1(a) ("The Court will not entertain a request or a motion to resolve a disclosure or discovery dispute unless, pursuant to FRCivP 37, counsel have previously conferred for the purpose

of attempting to resolve all disputed issues."). Specifically:

> "Meet and confer" or "confer" means to communicate directly and discuss in good faith the issue(s) required under the particular Rule or order. Unless these Local Rules otherwise provide or a Judge otherwise orders, such communication may take place by telephone. The mere sending of a written, electronic, or voice-mail communication, however, does not satisfy a requirement to "meet and confer" or to "confer." Rather, this requirement can be satisfied only through direct dialogue and discussion - either in a face to face meeting or in a telephone conversation.

Civil L.R. 1-5(n). It appears from Plaintiffs' brief that their meet and confer efforts consisted of leaving voice-mail messages, without communicating directly with opposing counsel, one and two days before serving the motion to compel, which does not satisfy the meet and confer requirement. If they have not already done so, the parties shall immediately meet and confer in person or in a telephone conversation in an effort to resolve this discovery dispute.

**IT IS SO ORDERED.**

Dated: April 14, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge