UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA



David Davis and Page Gearhart-Davis
PRO SE,

                                Case Number: **C 07-03365 EDL**

Plaintiff(s),

                                  **CERTIFICATE OF SERVICE**

VS.

Clearlake Police Department

Defendant(s)


     I, the undersigned, hereby certify that I am over the age of eighteen and not a party to the above entitled action.

     That on    4/10/08   , I served a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

     Low, Ball & Lynch
     505 Montgomery Street, 7th Floor
     San Francisco, CA 94111


I declare under penalty of perjury that the foregoing is true and correct.

1  DAVID DAVIS and PAGE GEARHART-DAVIS
   PRO SE
2  PO BOX 3225
   CLEARLAKE, CA 94522
3  (707)995-0749

4

5                    IN THE UNITED STATES DISTRICT

6                THE NORTHERN DISTRICT OF CALIFORNIA

7                     SAN FRANCISCO DIVISION

8

9  DAVID DAVIS and PAGE GEARHART-DAVIS,    Case No.: **C 07-03365 EDL**

10             Plaintiff(s),              **INTERROGATORIES TO DEFENDANT(S)**
                                          **CLEARLAKE POLICE DEPARTMENT – SGT.**
11    vs.                                          **CELLI**

12  CLEARLAKE POLICE DEPARTMENT,

13             Defendant(s)

14

15      Propounding Party:  Plaintiff(s) David Davis & Page Gearhart-Davis

16      Responding Party:   Defendant(s) City of Clearlake – Sgt. Celli

17  **INTRODCUCTION**

18      It is hereby requested that you, and each of you answer under oath

19  within thirty days, pursuant to Federal Rules of Civil Procedure, Rule 33,

20  the following interrogatories.

21      As a general rule, within 30 days after you are served with these

22  interrogatories, you must serve your response on the asking party and serve

23  copies of the responses on all other parties to the action who have appeared.

24      Each interrogatory must, to the extent it is not objected to, be

25  answered separately and fully in writing under oath.  The grounds for

    objecting to an interrogatory must be stated with specificity.  Any ground

                              - 1

1 | not stated in a timely objection is waived unless the court, for good cause,
2 | excuses the failure.  The person who makes the answers must sign them, and
3 | the attorney who objects must sign any objections.

4 |     Whenever an interrogatory may be answered by referring too a document,
5 | the document may be attached as an exhibit to the response.  If the document
6 | has more than one page, refer to the page and section where the answer to the
7 | interrogatory can be found.

8 | **DEFENITIONS**

9 | The following words in these interrogatories are defined as follows:

10 | 1. INCIDENT includes the circumstances and events surrounding the alleged
11 |     accident, injury or other occurrence or breach of contract giving rise
12 |     to this action or proceeding.

13 | 2. YOU OR ANYONE ACTING ON YOUR BEHALF includes you (responding party
14 |     listed above), your agents, your employees, your insurance companies,
15 |     their agents, their employees, your attorneys, your accountants, your
16 |     investigators, and anyone else acting on your behalf.

17 | 3. PERSON includes a natural person, firm, association, organization,
18 |     partnership, business, trust, corporation, or public entity.

19 | 4. DOCUMENT means a writing, as defined in Evidence Code section 250, and
20 |     includes the original or a copy of handwriting, typewriting, printing,
21 |     photostating, photographing, and every other means of recording upon
22 |     any tangible thing or form of communicating or representation,
23 |     including letters, words, pictures, sounds, or symbols, or combinations
24 |     of them.

25 | 5. ADRESS means the street address, including the city, state, and zip
    code.

- 2

6. IDENTIFY, when used with respect to a PERSON, means to provide that PERSON'S present name, ADRESS, and telephone number.

7. IDENTIFY, when used with regard to a DOCUMENT, means to describe the DOCUMENT, including enough detail with regard to its title (if any) and contents to give a third party who is unfamiliar with the DOCUMENT information sufficient to isolate that DOCUMENT from other DOCUMENTS and to give the third party a general idea regarding the form and contents of the DOCUMENT.

8. IDENTIFY, when used with regard to claim, means to provide the claim number, a brief statement of the claim sufficient to give a third party who is unfamiliar with the claim a general idea regarding the subject of the claim, the amount of damages claimed, the date upon which the claim was made, the identity of the person to whom the claim was made, and the identity of the person by whom the claim was made.

**INTERROGATORIES**

1. Interrogatory No. 1:  Was a firearm involved in the incident described in the complaint registered on 6-8-03 against you by a African-American?

2. Interrogatory No. 2:  If YOUR response to Interrogatory No. 1 is "Yes", please state all facts in support of this contention.

Dated this April 10, 2008                    Respectfully Submitted,

DAVID DAVIS and PAGE
GEARHART-DAVIS

- 3

1  DAVID DAVIS and PAGE GEARHART-DAVIS
   PRO SE
2  PO BOX 3225
   CLEARLAKE, CA 94522
3  (707)995-0749

4

5                    IN THE UNITED STATES DISTRICT

6                 THE NORTHERN DISTRICT OF CALIFORNIA

7                       SAN FRANCISCO DIVISION

8

9  DAVID DAVIS and PAGE GEARHART-DAVIS,   Case No.: **C 07-03365 EDL**

10          Plaintiff(s),              **INTERROGATORIES TO DEFENDANT(S)**
                                       **CLEARLAKE POLICE DEPARTMENT – OFFICER**
11      vs.                                        **MILLER**

12  CLEARLAKE POLICE DEPARTMENT,

13          Defendant(s)

14

15      Propounding Party:  Plaintiff(s) David Davis & Page Gearhart-Davis

16      Responding Party:   Defendant(s) City of Clearlake – Officer Miller

17  **INTRODCUCTION**

18      It is hereby requested that you, and each of you answer under oath

19  within thirty days, pursuant to Federal Rules of Civil Procedure, Rule 33,

20  the following interrogatories.

21      As a general rule, within 30 days after you are served with these

22  interrogatories, you must serve your response on the asking party and serve

23  copies of the responses on all other parties to the action who have appeared.

24      Each interrogatory must, to the extent it is not objected to, be

25  answered separately and fully in writing under oath.  The grounds for

    objecting to an interrogatory must be stated with specificity.  Any ground

                                    - 1

1  not stated in a timely objection is waived unless the court, for good cause,
2  excuses the failure.  The person who makes the answers must sign them, and
3  the attorney who objects must sign any objections.

4      Whenever an interrogatory may be answered by referring too a document,
5  the document may be attached as an exhibit to the response.  If the document
6  has more than one page, refer to the page and section where the answer to the
7  interrogatory can be found.

8  **DEFINITIONS**

9  The following words in these interrogatories are defined as follows:

10    1. INCIDENT includes the circumstances and events surrounding the alleged
11      accident, injury or other occurrence or breach of contract giving rise
12      to this action or proceeding.

13    2. YOU OR ANYONE ACTING ON YOUR BEHALF includes you (responding party
14      listed above), your agents, your employees, your insurance companies,
15      their agents, their employees, your attorneys, your accountants, your
16      investigators, and anyone else acting on your behalf.

17    3. PERSON includes a natural person, firm, association, organization,
18      partnership, business, trust, corporation, or public entity.

19    4. DOCUMENT means a writing, as defined in Evidence Code section 250, and
20      includes the original or a copy of handwriting, typewriting, printing,
21      photostating, photographing, and every other means of recording upon
22      any tangible thing or form of communicating or representation,
23      including letters, words, pictures, sounds, or symbols, or combinations
24      of them.

25    5. ADRESS means the street address, including the city, state, and zip
    code.

- 2

6. IDENTIFY, when used with respect to a PERSON, means to provide that PERSON'S present name, ADRESS, and telephone number.

7. IDENTIFY, when used with regard to a DOCUMENT, means to describe the DOCUMENT, including enough detail with regard to its title (if any) and contents to give a third party who is unfamiliar with the DOCUMENT information sufficient to isolate that DOCUMENT from other DOCUMENTS and to give the third party a general idea regarding the form and contents of the DOCUMENT.

8. IDENTIFY, when used with regard to claim, means to provide the claim number, a brief statement of the claim sufficient to give a third party who is unfamiliar with the claim a general idea regarding the subject of the claim, the amount of damages claimed, the date upon which the claim was made, the identity of the person to whom the claim was made, and the identity of the person by whom the claim was made.

**INTERROGATORIES**

1. Interrogatory No. 1:  Do YOU believe Sgt. Celli's statements he made in his Interoffice Memorandum, dated 8-2-06 to Ron Larson regarding Contact with David Davis, about YOU are accurate?

2. Interrogatory No. 2:  If YOUR response to Interrogatory No. 1 is "No", please state all facts in support of this contention.

3. Interrogatory No. 3:  Would YOU consider Sgt. Celli an upstanding officer?

4. Interrogatory No. 4: If YOUR response to Interrogatory No. 3 is "Yes", please state all facts in support of this contention.

- 3

Dated this April 10, 2008                 Respectfully Submitted,

                                          DAVID DAVIS and PAGE
                                          GEARHART-DAVIS

1 | DAVID DAVIS and PAGE GEARHART-DAVIS
PRO SE
2 | PO BOX 3225
CLEARLAKE, CA 94522
3 | (707)995-0749

4

5 | IN THE UNITED STATES DISTRICT

6 | THE NORTHERN DISTRICT OF CALIFORNIA

7 | SAN FRANCISCO DIVISION

8

9 | DAVID DAVIS and PAGE GEARHART-DAVIS,        Case No.: **C 07-03365 EDL**

10 |                Plaintiff(s),        **INTERROGATORIES TO DEFENDANT(S)
                                         CLEARLAKE POLICE DEPARTMENT – OFFICER
11 |    vs.                                            LABBE**

12 | CLEARLAKE POLICE DEPARTMENT,

13 |                Defendant(s)

14

15 | Propounding Party:  Plaintiff(s) David Davis & Page Gearhart-Davis

16 | Responding Party:  Defendant(s) City of Clearlake - Officer Labbe

17 | **INTRODCUCTION**

18 | It is hereby requested that you, and each of you answer under oath

19 | within thirty days, pursuant to Federal Rules of Civil Procedure, Rule 33,

20 | the following interrogatories.

21 | As a general rule, within 30 days after you are served with these

22 | interrogatories, you must serve your response on the asking party and serve

23 | copies of the responses on all other parties to the action who have appeared.

24 | Each interrogatory must, to the extent it is not objected to, be

25 | answered separately and fully in writing under oath.  The grounds for

objecting to an interrogatory must be stated with specificity.  Any ground

- 1

1  not stated in a timely objection is waived unless the court, for good cause,
2  excuses the failure.  The person who makes the answers must sign them, and
3  the attorney who objects must sign any objections.

4       Whenever an interrogatory may be answered by referring too a document,
5  the document may be attached as an exhibit to the response.  If the document
6  has more than one page, refer to the page and section where the answer to the
7  interrogatory can be found.

8  **DEFENITIONS**

9  The following words in these interrogatories are defined as follows:

10      1. INCIDENT includes the circumstances and events surrounding the alleged
11         accident, injury or other occurrence or breach of contract giving rise
12         to this action or proceeding.

13      2. YOU OR ANYONE ACTING ON YOUR BEHALF includes you (responding party
14         listed above), your agents, your employees, your insurance companies,
15         their agents, their employees, your attorneys, your accountants, your
16         investigators, and anyone else acting on your behalf.

17      3. PERSON includes a natural person, firm, association, organization,
18         partnership, business, trust, corporation, or public entity.

19      4. DOCUMENT means a writing, as defined in Evidence Code section 250, and
20         includes the original or a copy of handwriting, typewriting, printing,
21         photostating, photographing, and every other means of recording upon
22         any tangible thing or form of communicating or representation,
23         including letters, words, pictures, sounds, or symbols, or combinations
24         of them.

25      5. ADRESS means the street address, including the city, state, and zip
           code.

- 2

1      6. IDENTIFY, when used with respect to a PERSON, means to provide that

2          PERSON'S present name, ADRESS, and telephone number.

3      7. IDENTIFY, when used with regard to a DOCUMENT, means to describe the

4          DOCUMENT, including enough detail with regard to its title (if any) and

5          contents to give a third party who is unfamiliar with the DOCUMENT

6          information sufficient to isolate that DOCUMENT from other DOCUMENTS

7          and to give the third party a general idea regarding the form and

8          contents of the DOCUMENT.

9      8. IDENTIFY, when used with regard to claim, means to provide the claim

10         number, a brief statement of the claim sufficient to give a third party

11         who is unfamiliar with the claim a general idea regarding the subject

12         of the claim, the amount of damages claimed, the date upon which the

13         claim was made, the identity of the person to whom the claim was made,

14         and the identity of the person by whom the claim was made.

15 **INTERROGATORIES**

16     1. Interrogatory No. 1:  Was the statement you gave in the investigation

17         I.A. 01-12-07/90, discussed in Interoffice Memorandum dated in January

18         2007, to the Chief of Police from Sgt. Michael Herman, YOUR true

19         statement?

20     2. Interrogatory No. 2:  If YOUR response to Interrogatory No. 1 is "No",

21         please state all facts in support of this contention.

22     3. Interrogatory No. 3:  Where YOU and Sgt. Celli parked on Lakeshore

23         Drive when you observed the Davis' turn off of Olympic Drive onto

24         Lakeshore Drive?

25     4. Interrogatory No. 4: Did YOU speak to Ron Larson in regards to the

         Davis' after 12-27-06 regarding the traffic stop you conducted on them?

- 3

1    5. Interrogatory No. 5: If YOUR response to Interrogatory No. 4 is "Yes",

2         please state all facts in support of this contention.

3    6. Interrogatory No. 6:  Did YOU take pictures of the Davis' vehicle on

4         12-27-06?

5    7. Interrogatory No. 7:  What did YOU observe obstructing the license

6         plates on the Davis' vehicle on 12-27-06?

8    Dated this April 10, 2008                Respectfully Submitted,

9                                             DAVID DAVIS and PAGE

10                                            GEARHART-DAVIS

- 4

1  DAVID DAVIS and PAGE GEARHART-DAVIS
   PRO SE
2  PO BOX 3225
   CLEARLAKE, CA 94522
3  (707)995-0749

4

5                    IN THE UNITED STATES DISTRICT

6                 THE NORTHERN DISTRICT OF CALIFORNIA

7                     SAN FRANCISCO DIVISION

8

9  DAVID DAVIS and PAGE GEARHART-DAVIS,    Case No.: **C 07-03365 EDL**

10              Plaintiff(s),              **INTERROGATORIES TO DEFENDANT(S)**
                                           **CLEARLAKE POLICE DEPARTMENT – OFFICER**
11      vs.                                            **HARDISTY**

12  CLEARLAKE POLICE DEPARTMENT,

13              Defendant(s)

14

15      Propounding Party:  Plaintiff(s) David Davis & Page Gearhart-Davis

16      Responding Party:   Defendant(s) City of Clearlake – Officer Hardisty

17  **INTRODCUCTION**

18      It is hereby requested that you, and each of you answer under oath

19  within thirty days, pursuant to Federal Rules of Civil Procedure, Rule 33,

20  the following interrogatories.

21      As a general rule, within 30 days after you are served with these

22  interrogatories, you must serve your response on the asking party and serve

23  copies of the responses on all other parties to the action who have appeared.

24      Each interrogatory must, to the extent it is not objected to, be

25  answered separately and fully in writing under oath.  The grounds for

    objecting to an interrogatory must be stated with specificity.  Any ground

                                    - 1

1  not stated in a timely objection is waived unless the court, for good cause,
2  excuses the failure.  The person who makes the answers must sign them, and
3  the attorney who objects must sign any objections.

4      Whenever an interrogatory may be answered by referring too a document,
5  the document may be attached as an exhibit to the response.  If the document
6  has more than one page, refer to the page and section where the answer to the
7  interrogatory can be found.

8  **DEFENITIONS**

9  The following words in these interrogatories are defined as follows:

10     1. INCIDENT includes the circumstances and events surrounding the alleged
11        accident, injury or other occurrence or breach of contract giving rise
12        to this action or proceeding.

13     2. YOU OR ANYONE ACTING ON YOUR BEHALF includes you (responding party
14        listed above), your agents, your employees, your insurance companies,
15        their agents, their employees, your attorneys, your accountants, your
16        investigators, and anyone else acting on your behalf.

17     3. PERSON includes a natural person, firm, association, organization,
18        partnership, business, trust, corporation, or public entity.

19     4. DOCUMENT means a writing, as defined in Evidence Code section 250, and
20        includes the original or a copy of handwriting, typewriting, printing,
21        photostating, photographing, and every other means of recording upon
22        any tangible thing or form of communicating or representation,
23        including letters, words, pictures, sounds, or symbols, or combinations
24        of them.

25     5. ADRESS means the street address, including the city, state, and zip
        code.

- 2

6. IDENTIFY, when used with respect to a PERSON, means to provide that PERSON'S present name, ADRESS, and telephone number.

7. IDENTIFY, when used with regard to a DOCUMENT, means to describe the DOCUMENT, including enough detail with regard to its title (if any) and contents to give a third party who is unfamiliar with the DOCUMENT information sufficient to isolate that DOCUMENT from other DOCUMENTS and to give the third party a general idea regarding the form and contents of the DOCUMENT.

8. IDENTIFY, when used with regard to claim, means to provide the claim number, a brief statement of the claim sufficient to give a third party who is unfamiliar with the claim a general idea regarding the subject of the claim, the amount of damages claimed, the date upon which the claim was made, the identity of the person to whom the claim was made, and the identity of the person by whom the claim was made.

**INTERROGATORIES**

1. Interrogatory No. 1:  Where YOU in a separate patrol car than Officer Hobbs on August 3, 2006?

2. Interrogatory No. 2:  If YOUR response to Interrogatory No. 1 is "Yes", please state all facts in support of this contention.

3. Interrogatory No. 3:  Was the statement you gave in the investigation I.A. 08-03-06/90/107/132/145, discussed in Interoffice Memorandum dated 8-29-06, to Robert Chalk from Ron Larson, YOUR true statement?

4. Interrogatory No. 4: If YOUR response to Interrogatory No. 3 is "No", please state all facts in support of this contention.

1   Dated this April 10, 2008                Respectfully Submitted,

2

                                            DAVID DAVIS and PAGE

3                                           GEARHART-DAVIS

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  DAVID DAVIS and PAGE GEARHART-DAVIS
   PRO SE
2  PO BOX 3225
   CLEARLAKE, CA 94522
3  (707)995-0749

4

5               IN THE UNITED STATES DISTRICT

6            THE NORTHERN DISTRICT OF CALIFORNIA

7                 SAN FRANCISCO DIVISION

8

9  DAVID DAVIS and PAGE GEARHART-DAVIS,    Case No.: **C 07-03365 EDL**

10         Plaintiff(s),                   **INTERROGATORIES TO DEFENDANT(S)**
                                           **CLEARLAKE POLICE DEPARTMENT – OFFICER**
11     vs.                                 **BRADY**

12  CLEARLAKE POLICE DEPARTMENT,

13         Defendant(s)

14

15     Propounding Party:  Plaintiff(s) David Davis & Page Gearhart-Davis

16     Responding Party:   Defendant(s) City of Clearlake – Officer Brady

17  **INTRODCUCTION**

18     It is hereby requested that you, and each of you answer under oath

19  within thirty days, pursuant to Federal Rules of Civil Procedure, Rule 33,

20  the following interrogatories.

21     As a general rule, within 30 days after you are served with these

22  interrogatories, you must serve your response on the asking party and serve

23  copies of the responses on all other parties to the action who have appeared.

24     Each interrogatory must, to the extent it is not objected to, be

25  answered separately and fully in writing under oath.  The grounds for

   objecting to an interrogatory must be stated with specificity.  Any ground

                                    - 1

1  not stated in a timely objection is waived unless the court, for good cause,
2  excuses the failure.  The person who makes the answers must sign them, and
3  the attorney who objects must sign any objections.

4      Whenever an interrogatory may be answered by referring too a document,
5  the document may be attached as an exhibit to the response.  If the document
6  has more than one page, refer to the page and section where the answer to the
7  interrogatory can be found.

8  **DEFENITIONS**

9  The following words in these interrogatories are defined as follows:

10  1. INCIDENT includes the circumstances and events surrounding the alleged
11     accident, injury or other occurrence or breach of contract giving rise
12     to this action or proceeding.

13  2. YOU OR ANYONE ACTING ON YOUR BEHALF includes you (responding party
14     listed above), your agents, your employees, your insurance companies,
15     their agents, their employees, your attorneys, your accountants, your
16     investigators, and anyone else acting on your behalf.

17  3. PERSON includes a natural person, firm, association, organization,
18     partnership, business, trust, corporation, or public entity.

19  4. DOCUMENT means a writing, as defined in Evidence Code section 250, and
20     includes the original or a copy of handwriting, typewriting, printing,
21     photostating, photographing, and every other means of recording upon
22     any tangible thing or form of communicating or representation,
23     including letters, words, pictures, sounds, or symbols, or combinations
24     of them.

25  5. ADRESS means the street address, including the city, state, and zip
       code.

- 2

1    6. IDENTIFY, when used with respect to a PERSON, means to provide that

2       PERSON'S present name, ADRESS, and telephone number.

3    7. IDENTIFY, when used with regard to a DOCUMENT, means to describe the

4       DOCUMENT, including enough detail with regard to its title (if any) and

5       contents to give a third party who is unfamiliar with the DOCUMENT

6       information sufficient to isolate that DOCUMENT from other DOCUMENTS

7       and to give the third party a general idea regarding the form and

8       contents of the DOCUMENT.

9    8. IDENTIFY, when used with regard to claim, means to provide the claim

10      number, a brief statement of the claim sufficient to give a third party

11      who is unfamiliar with the claim a general idea regarding the subject

12      of the claim, the amount of damages claimed, the date upon which the

13      claim was made, the identity of the person to whom the claim was made,

14      and the identity of the person by whom the claim was made.

15 **INTERROGATORIES**

16   1. Interrogatory No. 1:  Are YOU in fear of YOUR career as a police

17      officer being jeopardized because of what has happened to other

18      officers and or employees who have filled complaints against the

19      Clearlake Police Department?

20   2. Interrogatory No. 2:  If YOUR response to Interrogatory No. 1 is "Yes",

21      please state all facts in support of this contention.

22   3. Interrogatory No. 3:  Have YOU ever heard any racial statements being

23      made by any officers on the force?

24   4. Interrogatory No. 4:  Do YOU have any knowledge of Sgt. Celli every

25      pulling his firearm while off duty on somebody in a public bar?

- 3

Dated this April 10, 2008

Respectfully Submitted,

DAVID DAVIS and PAGE
GEARHART-DAVIS

1 | DAVID DAVIS and PAGE GEARHART-DAVIS
PRO SE
2 | PO BOX 3225
CLEARLAKE, CA 94522
3 | (707)995-0749

4

5 | IN THE UNITED STATES DISTRICT

6 | THE NORTHERN DISTRICT OF CALIFORNIA

7 | SAN FRANCISCO DIVISION

8

9 | DAVID DAVIS and PAGE GEARHART-DAVIS,   Case No.: **C 07-03365 EDL**

10 | Plaintiff(s),   **REQUEST FOR ADMISSION TO DEFENDANT(S)**
**CLEARLAKE POLICE DEPARTMENT - SGT.**
11 | vs.   **CELLI**

12 | CLEARLAKE POLICE DEPARTMENT,

13 | Defendant(s)

14

15 | Propounding Party:   Plaintiff(s) David Davis & Page Gearhart-Davis

16 | Responding Party:   Defendant(s) City of Clearlake - Sgt. Celli

17 | **INTRODCUCTION**

18 | It is hereby requested that you admit or deny under oath within thirty

19 | days, pursuant to Federal Rules of Civil Procedure, Rule 3, the following

20 | requests for admission.

21 | As a general rule, within 30 days after you are served with these

22 | requests, you must serve your response on the asking party and serve copies

23 | of the responses on all other parties to the action who have appeared.

24 | A matter is admitted unless, within 30 days after being served, the

25 | party to whom the request is directed serves on the requesting party a

- 1

1  written answer or objection addressed to the matter and signed by the party
2  or its attorney.

3  If a matter is not admitted, the answer must specifically deny it or state in
4  detail why answering party cannot truthfully admit or deny it.  A denial,
5  must fairly respond to the substance of the matter; and when good faith
6  requires that a party qualify an answer or deny only a part of a matter, the
7  answer must specify the part admitted and qualify or deny the rest.  The
8  answering party may assert lack of knowledge or information as a reason for
9  failing to admit or deny only if the party states that it has made reasonable
10 inquiry and that the information it knows or can readily obtain is
11 insufficient to enable it to admit or deny.

12      The grounds for objecting to a request must be stated.  A party must
13 not object solely on the ground that the request presents a genuine issue for
14 trial.

15 **DEFENITIONS**

16 The following words in these interrogatories are defined as follows:

17   1. INCIDENT includes the circumstances and events surrounding the alleged
18      accident, injury or other occurrence or breach of contract giving rise
19      to this action or proceeding.

20   2. YOU OR ANYONE ACTING ON YOUR BEHALF includes you (responding party
21      listed above), your agents, your employees, your insurance companies,
22      their agents, their employees, your attorneys, your accountants, your
23      investigators, and anyone else acting on your behalf.

24   3. PERSON includes a natural person, firm, association, organization,
25      partnership, business, trust, corporation, or public entity.

- 2

4. DOCUMENT means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostating, photographing, and every other means of recording upon any tangible thing or form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them.

5. ADRESS means the street address, including the city, state, and zip code.

6. IDENTIFY, when used with respect to a PERSON, means to provide that PERSON'S present name, ADRESS, and telephone number.

7. IDENTIFY, when used with regard to a DOCUMENT, means to describe the DOCUMENT, including enough detail with regard to its title (if any) and contents to give a third party who is unfamiliar with the DOCUMENT information sufficient to isolate that DOCUMENT from other DOCUMENTS and to give the third party a general idea regarding the form and contents of the DOCUMENT.

8. IDENTIFY, when used with regard to claim, means to provide the claim number, a brief statement of the claim sufficient to give a third party who is unfamiliar with the claim a general idea regarding the subject of the claim, the amount of damages claimed, the date upon which the claim was made, the identity of the person to whom the claim was made, and the identity of the person by whom the claim was made.

**REQUESTS FOR ADMISSION**

1. Request No. 1:  Admit that YOU consider the Davis' Anti-Law Enforcement and a threat to the community.

- 3

1    2. Request No. 2:  Admit that YOU approached David Davis while he **was**

2       pumping gas into his vehicle on 8-2-06.

3

4  Dated this April 10, 2008              Respectfully Submitted,

5                                         DAVID DAVIS and PAGE

6                                         GEARHART-DAVIS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 4

DAVID DAVIS and PAGE GEARHART-DAVIS
PRO SE
PO BOX 3225
CLEARLAKE, CA 94522
(707)995-0749

IN THE UNITED STATES DISTRICT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID DAVIS and PAGE GEARHART-DAVIS,

        Plaintiff(s),

    vs.

CLEARLAKE POLICE DEPARTMENT,

        Defendant(s)

Case No.: **C 07-03365 EDL**

**REQUEST FOR ADMISSION TO DEFENDANT(S) CLEARLAKE POLICE DEPARTMENT – OFFICER MILLER**

Propounding Party:  Plaintiff(s) David Davis & Page Gearhart-Davis

Responding Party:  Defendant(s) City of Clearlake - Officer Miller

**INTRODCUCTION**

It is hereby requested that you admit or deny under oath within thirty days, pursuant to Federal Rules of Civil Procedure, Rule 3, the following requests for admission.

As a general rule, within 30 days after you are served with these requests, you must serve your response on the asking party and serve copies of the responses on all other parties to the action who have appeared.

A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a

- 1

1  written answer or objection addressed to the matter and signed by the party
2  or its attorney.

3  If a matter is not admitted, the answer must specifically deny it or state in
4  detail why answering party cannot truthfully admit or deny it.  A denial,
5  must fairly respond to the substance of the matter; and when good faith
6  requires that a party qualify an answer or deny only a part of a matter, the
7  answer must specify the part admitted and qualify or deny the rest.  The
8  answering party may assert lack of knowledge or information as a reason for
9  failing to admit or deny only if the party states that it has made reasonable
10  inquiry and that the information it knows or can readily obtain is
11  insufficient to enable it to admit or deny.

12      The grounds for objecting to a request must be stated.  A party must
13  not object solely on the ground that the request presents a genuine issue for
14  trial.

15  **DEFENITIONS**

16  The following words in these interrogatories are defined as follows:

17      1. INCIDENT includes the circumstances and events surrounding the alleged
18         accident, injury or other occurrence or breach of contract giving rise
19         to this action or proceeding.

20      2. YOU OR ANYONE ACTING ON YOUR BEHALF includes you (responding party
21         listed above), your agents, your employees, your insurance companies,
22         their agents, their employees, your attorneys, your accountants, your
23         investigators, and anyone else acting on your behalf.

24      3. PERSON includes a natural person, firm, association, organization,
25         partnership, business, trust, corporation, or public entity.

- 2

1    4. DOCUMENT means a writing, as defined in Evidence Code section 250, and
2       includes the original or a copy of handwriting, typewriting, printing,
3       photostating, photographing, and every other means of recording upon
4       any tangible thing or form of communicating or representation,
5       including letters, words, pictures, sounds, or symbols, or combinations
6       of them.

7    5. ADRESS means the street address, including the city, state, and zip
8       code.

9    6. IDENTIFY, when used with respect to a PERSON, means to provide that
10      PERSON'S present name, ADRESS, and telephone number.

11   7. IDENTIFY, when used with regard to a DOCUMENT, means to describe the
12      DOCUMENT, including enough detail with regard to its title (if any) and
13      contents to give a third party who is unfamiliar with the DOCUMENT
14      information sufficient to isolate that DOCUMENT from other DOCUMENTS
15      and to give the third party a general idea regarding the form and
16      contents of the DOCUMENT.

17   8. IDENTIFY, when used with regard to claim, means to provide the claim
18      number, a brief statement of the claim sufficient to give a third party
19      who is unfamiliar with the claim a general idea regarding the subject
20      of the claim, the amount of damages claimed, the date upon which the
21      claim was made, the identity of the person to whom the claim was made,
22      and the identity of the person by whom the claim was made.

23   **REQUESTS FOR ADMISSION**

24   1. Request No. 2:  Admit that YOU approached David Davis while he was
25      pumping gas into his vehicle on 8-2-06.

- 3

1  Dated this April 10, 2008                    Respectfully Submitted,

2

3                                               DAVID DAVIS and PAGE
                                                GEARHART-DAVIS

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 4

1  DAVID DAVIS and PAGE GEARHART-DAVIS
   PRO SE
2  PO BOX 3225
   CLEARLAKE, CA 94522
3  (707)995-0749

4

5              IN THE UNITED STATES DISTRICT

6            THE NORTHERN DISTRICT OF CALIFORNIA

7                 SAN FRANCISCO DIVISION

8

9  DAVID DAVIS and PAGE GEARHART-DAVIS,   Case No.: **C 07-03365 EDL**

10          Plaintiff(s),              **REQUEST FOR ADMISSION TO DEFENDANT(S)**
                                       **CLEARLAKE POLICE DEPARTMENT – OFFICER**
11     vs.                                          **HOBBS**

12  CLEARLAKE POLICE DEPARTMENT,

13          Defendant(s)

14

15     Propounding Party:  Plaintiff(s) David Davis & Page Gearhart-Davis

16     Responding Party:   Defendant(s) City of Clearlake - Officer Hobbs

17  **INTRODCUCTION**

18     It is hereby requested that you admit or deny under oath within thirty

19  days, pursuant to Federal Rules of Civil Procedure, Rule 3, the following

20  requests for admission.

21     As a general rule, within 30 days after you are served with these

22  requests, you must serve your response on the asking party and serve copies

23  of the responses on all other parties to the action who have appeared.

24     A matter is admitted unless, within 30 days after being served, the

25  party to whom the request is directed serves on the requesting party a

 1  | written answer or objection addressed to the matter and signed by the party
 2  | or its attorney.

 3  | If a matter is not admitted, the answer must specifically deny it or state in
 4  | detail why answering party cannot truthfully admit or deny it.  A denial,
 5  | must fairly respond to the substance of the matter; and when good faith
 6  | requires that a party qualify an answer or deny only a part of a matter, the
 7  | answer must specify the part admitted and qualify or deny the rest.  The
 8  | answering party may assert lack of knowledge or information as a reason for
 9  | failing to admit or deny only if the party states that it has made reasonable
10  | inquiry and that the information it knows or can readily obtain is
11  | insufficient to enable it to admit or deny.

12  |     The grounds for objecting to a request must be stated.  A party must
13  | not object solely on the ground that the request presents a genuine issue for
14  | trial.

15  | **DEFENITIONS**

16  | The following words in these interrogatories are defined as follows:

17  | 1. INCIDENT includes the circumstances and events surrounding the alleged
18  |    accident, injury or other occurrence or breach of contract giving rise
19  |    to this action or proceeding.

20  | 2. YOU OR ANYONE ACTING ON YOUR BEHALF includes you (responding party
21  |    listed above), your agents, your employees, your insurance companies,
22  |    their agents, their employees, your attorneys, your accountants, your
23  |    investigators, and anyone else acting on your behalf.

24  | 3. PERSON includes a natural person, firm, association, organization,
25  |    partnership, business, trust, corporation, or public entity.

- 2

4. DOCUMENT means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostating, photographing, and every other means of recording upon any tangible thing or form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them.

5. ADRESS means the street address, including the city, state, and zip code.

6. IDENTIFY, when used with respect to a PERSON, means to provide that PERSON'S present name, ADRESS, and telephone number.

7. IDENTIFY, when used with regard to a DOCUMENT, means to describe the DOCUMENT, including enough detail with regard to its title (if any) and contents to give a third party who is unfamiliar with the DOCUMENT information sufficient to isolate that DOCUMENT from other DOCUMENTS and to give the third party a general idea regarding the form and contents of the DOCUMENT.

8. IDENTIFY, when used with regard to claim, means to provide the claim number, a brief statement of the claim sufficient to give a third party who is unfamiliar with the claim a general idea regarding the subject of the claim, the amount of damages claimed, the date upon which the claim was made, the identity of the person to whom the claim was made, and the identity of the person by whom the claim was made.

**REQUESTS FOR ADMISSION**

1. Request No. 1:  Admit in YOUR incident report from 8-3-06, after following the vehicle a few blocks you were able to see the whole

- 3 -

1     license plate and a check via dispatch revealed the registration on the

2     Davis' vehicle was expired.

3     2. Request No. 2:  Admit when the tow truck arrived on 8-3-06 Sgt. Celli

4     and Officer Hardisty were with you.

5

6  Dated this April 10, 2008              Respectfully Submitted,

7                                         DAVID DAVIS and PAGE

8                                         GEARHART-DAVIS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 4

1 | DAVID DAVIS and PAGE GEARHART-DAVIS
PRO SE
2 | PO BOX 3225
CLEARLAKE, CA 94522
3 | (707)995-0749

4

5 | IN THE UNITED STATES DISTRICT

6 | THE NORTHERN DISTRICT OF CALIFORNIA

7 | SAN FRANCISCO DIVISION

8

9 | DAVID DAVIS and PAGE GEARHART-DAVIS,    Case No.: **C 07-03365 EDL**

10 | Plaintiff(s),    **REQUEST FOR ADMISSION TO DEFENDANT(S)
CLEARLAKE POLICE DEPARTMENT – OFFICER**
11 | vs.    **HARDISTY**

12 | CLEARLAKE POLICE DEPARTMENT,

13 | Defendant(s)

14

15 | Propounding Party:  Plaintiff(s) David Davis & Page Gearhart-Davis

16 | Responding Party:   Defendant(s) City of Clearlake - Officer Hardisty

17 | **INTRODCUCTION**

18 | It is hereby requested that you admit or deny under oath within thirty

19 | days, pursuant to Federal Rules of Civil Procedure, Rule 3, the following

20 | requests for admission.

21 | As a general rule, within 30 days after you are served with these

22 | requests, you must serve your response on the asking party and serve copies

23 | of the responses on all other parties to the action who have appeared.

24 | A matter is admitted unless, within 30 days after being served, the

25 | party to whom the request is directed serves on the requesting party a

- 1

1  written answer or objection addressed to the matter and signed by the party
2  or its attorney.

3  If a matter is not admitted, the answer must specifically deny it or state in
4  detail why answering party cannot truthfully admit or deny it.  A denial,
5  must fairly respond to the substance of the matter; and when good faith
6  requires that a party qualify an answer or deny only a part of a matter, the
7  answer must specify the part admitted and qualify or deny the rest.   The
8  answering party may assert lack of knowledge or information as a reason for
9  failing to admit or deny only if the party states that it has made reasonable
10  inquiry and that the information it knows or can readily obtain is
11  insufficient to enable it to admit or deny.

12      The grounds for objecting to a request must be stated.  A party must
13  not object solely on the ground that the request presents a genuine issue for
14  trial.

15  **DEFENITIONS**

16  The following words in these interrogatories are defined as follows:

17      1. INCIDENT includes the circumstances and events surrounding the alleged
18         accident, injury or other occurrence or breach of contract giving rise
19         to this action or proceeding.

20      2. YOU OR ANYONE ACTING ON YOUR BEHALF includes you (responding party
21         listed above), your agents, your employees, your insurance companies,
22         their agents, their employees, your attorneys, your accountants, your
23         investigators, and anyone else acting on your behalf.

24      3. PERSON includes a natural person, firm, association, organization,
25         partnership, business, trust, corporation, or public entity.

- 2

4. DOCUMENT means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostating, photographing, and every other means of recording upon any tangible thing or form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them.

5. ADRESS means the street address, including the city, state, and zip code.

6. IDENTIFY, when used with respect to a PERSON, means to provide that PERSON'S present name, ADRESS, and telephone number.

7. IDENTIFY, when used with regard to a DOCUMENT, means to describe the DOCUMENT, including enough detail with regard to its title (if any) and contents to give a third party who is unfamiliar with the DOCUMENT information sufficient to isolate that DOCUMENT from other DOCUMENTS and to give the third party a general idea regarding the form and contents of the DOCUMENT.

8. IDENTIFY, when used with regard to claim, means to provide the claim number, a brief statement of the claim sufficient to give a third party who is unfamiliar with the claim a general idea regarding the subject of the claim, the amount of damages claimed, the date upon which the claim was made, the identity of the person to whom the claim was made, and the identity of the person by whom the claim was made.

**REQUESTS FOR ADMISSION**

1. Request No. 2:  Admit that YOU wrote the driver as David Davis in the Vehicle Report, File #06-2456, on 8-3-06.

- 3 -

1  Dated this April 10, 2008                    Respectfully Submitted,

2                                                            Page Gearhart-Dis

3                                               DAVID DAVIS and PAGE
                                               GEARHART-DAVIS

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 4