EXHIBIT A

**LOW, BALL & LYNCH**  ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111-2584
TELEPHONE (415) 981-6630 • FACSIMILE (415) 982-1634 • WWW.LOWBALL.COM

February 22, 2008

Mr. David Davis and
Ms. Page Gearhart-Davis
P.O. Box 3225
Clearlake, CA 95422

Re:  Davis v. Clear Lake Police Department
     U.S. District Court for the Northern District of California
     Case No. C 07-03365 EDL

Dear Mr. Davis and Ms. Gearhart-Davis:

Pursuant to our conversation, please find enclosed voluntary disclosures under Rule 26 of the FRCP concerning your lawsuit. The disclosures are noted by a Bates-stamp at the bottom right-hand corner and will be referenced accordingly. Those documents that we assert as privileged will also be identified and noted by their Bates-stamp. As for the documents you requested in your production of document demand, we are still awaiting their receipt for review and disclosure.

Bates-stamp CLE0001 through CLE0017 - Clear Lake Police Department reports concerning contact with plaintiff on August 2nd and August 3rd 2006;

CLE0018 - Article by Page Davis;

CLE0019 through CLE0022 - Clear Lake Police Department Interoffice Memorandum from Sgt. Tim Celli regarding contacts with Davis on August 2, 2006 and August 3, 2006;

CLE0023 through CLE0028 - Dated August 3, 2006 and January 12, 2007, Citizen's Complaint;

CLE0029 through CLE0038 - Clear Lake Police Department Interoffice Memorandum notifying Sgt. Celli, Officer Miller, Officer Hobbs and Officer Hardisty of the opening of an investigation on the Davis complaints of August 2nd and August 3rd 2006;

CLE0039 through CLE0041 - Clear Lake Police Department notice that complaint of David Davis determined to be unfounded;

J:\1427\sf0001\L-Davis-003.DISCL.wpd

David Davis
Page Gearhart-Davis
February 22, 2008
Page 2

   CLE0042 through CLE0047 - Clear Lake Police Department Interoffice Memorandum concerning investigation by Captain Larsen. These documents will not be produced as they are privileged;

   CLE0048 through CLE0049 - Clear Lake Police Department Interoffice Memorandum noting Davis complaints as unfounded;

   CLE0050 through CLE0051 - Clear Lake Police Department Interoffice Memorandum notifying Sgt. Tim Celli of administrative investigation on complaint by David and Page Davis for 1/12/07;

   CLE0052 through CLE0067 - Clear Lake Police Department Interoffice Memorandum of investigation of the complaint of January 12, 2007. These documents will not be produced as they are privileged;

   CLE0068 through CLE0069 - Clear Lake Police Department Interoffice Memorandum finding complaint by Mr. and Mrs. Davis of 1/12/07 unfounded;

   CLE0070 - Clear Lake Police Department Internal Affairs investigation chronology;

   CLE0071 through CLE0072 - Clear Lake Police Department Person's Record of Page and David Davis dated 1/20/2007.

            Very truly yours,

            LOW, BALL & LYNCH

            Dale L. Allen, Jr.

DLA/tes

Enclosures