EXHIBIT B

1  DAVID DAVIS and PAGE GEARHART-DAVIS
   PRO SE
2  PO BOX 3225
   CLEARLAKE, CA 94522
3  (707)995-0749

4

5                  IN THE UNITED STATES DISTRICT

6                THE NORTHERN DISTRICT OF CALIFORNIA

7                    SAN FRANCISCO DIVISION

8

9  DAVID DAVIS and PAGE GEARHART-DAVIS,    Case No.: **C 07-03365 EDL**

10          Plaintiff(s),              REQUEST FOR DOCUMENT PRODUCTION

11      vs.

12 CLEARLAKE POLICE DEPARTMENT,

13          Defendant(s)

14

15 Plaintiff(s) David Davis and Page Gearhart-Davis request the following from

16 Defendant(s) Clearlake Police Department:

17     1.    Documents, video from patrol car(s) and audio from officer(s) on 8-

18           2-06 from 1:00AM-2:00AM pertaining to Ticket#49299, Case#6080206 by

19           Timothy Celli and T.W. Miller.

20     2.    Documents, video from patrol car(s) and audio from officer(s) on 8-

21           3-06 from 1:00AM-2:30am; video to also reflect where Timothy Hobbs

22           and Officer Hardesty were allegedly following Plaintiff(s) vehicle,

23           pertaining to Ticket#50128, Case#60303202 by Timothy Celli, Timothy

24           Hobbs, and Officer Hardesty.

25     3.    Documents, video from patrol car(s) and audio from officer(s) on 8-

- 1 -

1    3-06 from 1:00AM-2:30am; video to also reflect where Timothy Hobbs

2    and Officer Hardesty were allegedly following Plaintiff(s) vehicle,

3    pertaining to Ticket#52003, Case#06-2456 by Timothy Celli, Timothy

4    Hobbs, and Officer Hardesty.

5    4.    Documents, video from patrol car(s) and audio from officer(s) on 9-

6    27-06 pertaining to Ticket#52021, Case#60927062 by Timothy Celli and

7    Timothy Hobbs.

8    5.    Documents, video from patrol car(s) and audio from officer(s) on 9-

9    27-06 pertaining to Ticket#52022, Case#60927062 by Timothy Celli and

10   Timothy Hobbs.

11   6.    Documents, video from patrol car(s) and audio from officer(s) on 12-

12   27-06 pertaining to Ticket#52310 by Timothy Celli and Officer Labbe.

13   7.    Dispatch record check from 8-2-06 pertaining to Ticket#49299,

14   Case#6080206.

15   8.    Dispatch record check from 8-3-06 pertaining to Ticket#50128,

16   Case#60303202.

17   9.    Dispatch record check from 8-3-06 pertaining to Ticket#52003,

18   Case#06-2456.

19   10.   Dispatch record check from 9-27-06 pertaining to Ticket#52021,

20   Case#60927062.

21   11.   Dispatch record check from 9-27-06 pertaining to Ticket#52022,

22   Case#60927062.

23   12.   Dispatch record check from 12-27-06 pertaining to Ticket#52310.

24   13.   Dispatch record check from 12-27-06 pertaining to David Davis.

25   14.   Documents, video and audio from complaint given on 8-3-06 by David

1    Davis and Page Gearhart-Davis to Ronald Larson.

2    15.    Documents, video and audio from complaint given on 8-4-06 by David

3         Davis to Officer Klausen.

4    16.    Documents, video and audio from complaint given on 1-12-07 by David

5         Davis and Page Gearhart-Davis to Mike Herman.

6    17.    Details of Investigation# I.A 08-03-06/90/107/132/145.

7    18.    Details of Investigation# I.A 01-12-07/90.

8    19.    Complete service record and complaints filed on Robert "Bob" Chalk.

9    20.    Complete service record and complaints filed on Ronald Larson.

10   21.    Complete service record and complaints filed on Timothy Celli.

11   22.    Complete service record and complaints filed on Mike Herman.

12   23.    Complete service record and complaints filed on Timothy Hobbs.

13   24.    Complete service record and complaints filed on T.W. Miller.

14   25.    Complete service record and complaints filed on Officer Labbe.

15   26.    Complete service record on and complaints filed Officer Hardesty.

16

17

18   Dated this 7th day of December, 2007              Respectfully Submitted,

19

20

21

22                                          DAVID DAVIS and PAGE
                                            GEARHART-DAVIS

23

24

25


- 3