EXHIBIT D



# EARLAKE POLICE DEPARTMENT
## INTEROFFICE MEMORANDUM

**DATE:** 03/06/08

**TO:** Lt. Hermann

**FROM:** Nicole Newton

**SUBJECT:** Data Recorders

---

When I started work here in May of 2007, I was told the department's current voice recorder "Voiceprint" was no longer functioning. I was told the maintenance contract had expired and the cost to renew it was too much. We still have the "Voiceprint" data recorder, but we are currently unable to access the data it contains.

Chief Todd requested I research and purchase a new voice recorder. Our new recorder "DI Reliant" was purchased and began recording June 21, 2007 at 1700 hours.

There have been a couple instances where a power outage has frozen the new recorder and some data was not recorded. Additionally, there was some radio traffic which was not recorded during the transition to the new radio repeater, but the majority of the radio and phone traffic since June 2007 has been recorded and stored