EXHIBIT_ E_

**LOW, BALL & LYNCH**   ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111-2584
TELEPHONE (415) 981-6630 • FACSIMILE (415) 982-1634 • WWW.LOWBALL.COM

April 14, 2008

Mr. David Davis and
Ms. Page Gearhart-Davis
P.O. Box 3225
Clearlake, CA 95422

Re:     Davis v. Clear Lake Police Department
        U.S. District Court for the Northern District of California
        Case No. C 07-03365 EDL

Dear Mr. Davis and Ms. Gearhart-Davis:

This letter follows up on my April 8, 2008 telephone conversation with Page Gearhart-Davis. As we discussed, we are currently checking whether audio-recorded interviews relating to your complaints filed with the Clearlake Police Department exist, and we will produce any responsive recordings, subject to applicable privileges and privacy rights.

As we also discussed, the documents we have already identified or produced, either as part of the FRCP 26 initial disclosure or in response to your request for production, comprise all documents contained in the respective files. Please be advised that, pursuant to Penal Code § 832.5(b), the Clearlake Police Department does not retain complaint-related documents for a period greater than five years.

Based on your representation that you are available for deposition throughout the month of May 2008, we will notice your depositions for May 6, 2008, to take place in Santa Rosa, California. Please notify me immediately if you are not available on this date.

Please do not hesitate to call me if you have any questions.

Very truly yours,

LOW, BALL & LYNCH

Dirk D. Larsen

DDL/smg

MONTEREY OFFICE • 2 LOWER RAGSDALE DRIVE, SUITE 110, MONTEREY, CALIFORNIA 93940 • TELEPHONE (831) 655-8822   FAX (831) 655-8881

J:\1427\sf0001\L-Davis-006.wpd