1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   CITY OF CLEARLAKE
6  (erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

7

8              IN THE UNITED STATES DISTRICT COURT FOR

9                THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  DAVID DAVIS and PAGE GEARHART-DAVIS   )    Case No. C 07-03365 EDL
    PRO-SE,                              )
13                                       )    PROOF OF SERVICE
                    Plaintiffs,          )
14                                       )
          vs.                            )
15                                       )
                                         )
16  CLEARLAKE POLICE DEPARTMENT,         )
                                         )
17                  Defendants.          )
                                         )
18  _____)

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

**Action: David Davis and Page Gearhart-Davis v. Clearlake Police Department**
**U.S.D.C./Northern District Case No. C-07-03365 EDL**

I am over the age of eighteen (18) years and not a party to the within action. I am employed at

Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on

the listed addresses:

**DOCUMENT:**

1.  **DEFENDANT CITY OF CLEARLAKE'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS & OFFICERS' PERSONNEL RECORDS;**
2.  **DECLARATION OF DIRK D. LARSEN IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS & OFFICERS' PERSONNEL RECORDS; and**
3.  **PROOF OF SERVICE**

**ADDRESSES:**
David Davis and Page Gearhart -Davis
P.O. Box 3225
Clearlake, CA 95422
Tel:  707-995-0749; Fax: 707-994-0987
Plaintiffs In Pro Se

[X]    **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]    **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]    **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

I am readily familiar with this law firm's practice for the collection and processing of documents

for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are

deposited with the United States Postal Service or overnight courier depository on the same day in the

ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on April 22, 2008.

*Stephanie Gravem*
Stephanie Gravem

-1-

J:\1427\sf0001\Spos.wpd