UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FILED

2008 APR 28  1: 39

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Davis and Page Gearhart-Davis
PRO SE,

Plaintiff(s),

VS.

Clearlake Police Department

Defendant(s)

Case Number: **C 07-03365 EDL**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am over the age of eighteen and not a
party to the above entitled action.

That on ___4/25/08___, I served a true and correct copy(ies) of the attached, by
placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
listed, by depositing said envelope in the U.S. Mail.

Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

1   DAVID DAVIS and PAGE GEARHART-DAVIS
    PRO SE
2   PO BOX 3225
    CLEARLAKE, CA 94522
3   (707)995-0749

4

5                    IN THE UNITED STATES DISTRICT

6                THE NORTHERN DISTRICT OF CALIFORNIA

7                     SAN FRANCISCO DIVISION

8

9   DAVID DAVIS and PAGE GEARHART-DAVIS,   Case No.: **C 07-03365 EDL**

10        Plaintiff(s),              **ANSWER TO CITY OF CLEARLAKE'S**
                                     **INTERROGATORIES TO PLAINTIFF DAVID**
11        vs.                              **DAVIS, SET ONE**

12  CLEARLAKE POLICE DEPARTMENT,

13        Defendant(s)

14

15     I, David Davis, submit the following answers to the Defendant City of

16  Clearlake's Interrogatories to Plaintiff David Davis, Set One.  I have

17  answered the Interrogatories to the best of my knowledge with all the

18  information currently available to me.

19  Answer to Interrogatory No. 1:

20  Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

21  Disclosures.

22  Answer to Interrogatory No. 2:

23  Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

24  Disclosures.

25

                                    - 1

1 | Answer to Interrogatory No. 3:

2 | At this time I would like to withdraw that statement.

3 | Answer to Interrogatory No. 4:

4 | Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

5 | Disclosures.

6 | Answer to Interrogatory No. 5:

7 | Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

8 | Disclosures.

9 | Answer to Interrogatory No. 6:

10 | Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

11 | Disclosures.

12 | Answer to Interrogatory No. 7:

13 | None as of now.

14 | Answer to Interrogatory No. 8:

15 | None as of now.

16 | Answer to Interrogatory No. 9:

17 | I do not have enough information or belief to enable myself to answer this

18 | Interrogatory.

19 | Answer to Interrogatory No. 10:

20 | Not Applicable.

21 | Answer to Interrogatory No. 11:

22 | I do not have enough information or belief to enable myself to answer this

23 | Interrogatory.

24 | Answer to Interrogatory No. 12:

25 | Not Applicable.

- 2

1   Answer to Interrogatory No. 13:

2   I do not have enough information or belief to enable myself to answer this

3   Interrogatory.

4   Answer to Interrogatory No. 14:

5   Not Applicable.

6   Answer to Interrogatory No. 15:

7   I do not have enough information or belief to enable myself to answer this

8   Interrogatory.

9   Answer to Interrogatory No. 16:

10   Not Applicable.

11   Answer to Interrogatory No. 17:

12   I do not have enough information or belief to enable myself to answer this

13   Interrogatory.

14   Answer to Interrogatory No. 18:

15   Not Applicable.   There is no responding Interrogatory.

16   Answer to Interrogatory No. 19:

17   I do not have enough information or belief to enable myself to answer this

18   Interrogatory.

19   Answer to Interrogatory No. 20:

20   Not Applicable.   There is no responding Interrogatory.

21   Answer to Interrogatory No. 21:

22   As of Now: David Davis, Page Gearhart-Davis, Teresa Stacey, Marci Deverau.

23   Answer to Interrogatory No. 22:

24   As of Now: All Exhibits Submitted Plaintiff.

25

- 3

1  Dated this April 26th, 2008                    Respectfully Submitted,

2

3                                                        David Davis

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1 DAVID DAVIS and PAGE GEARHART-DAVIS
  PRO SE
2 PO BOX 3225
  CLEARLAKE, CA 94522
3 (707)995-0749

4

5                    IN THE UNITED STATES DISTRICT

6                THE NORTHERN DISTRICT OF CALIFORNIA

7                     SAN FRANCISCO DIVISION

8

9 DAVID DAVIS and PAGE GEARHART-DAVIS,    Case No.: **C 07-03365 EDL**

10              Plaintiff(s),            **ANSWER TO CITY OF CLEARLAKE'S REQUEST**
                                         **FOR ADMISSION TO PLAINTIFF DAVID**
11       vs.                                    **DAVIS, SET ONE**

12 CLEARLAKE POLICE DEPARTMENT,

13              Defendant(s)

14

15    I, David Davis, submit the following answers to the Defendant City of

16 Clearlake's Request for Admission to Plaintiff David Davis, Set One.  I have

17 answered the Requests to the best of my knowledge with all the information

18 currently available to me.

19 Request No. 1:

20 I can not Admit or Deny this Request because at this Request because at the

21 time I had already started the appropriate paperwork with CA DMV.

22 Request No. 2:

23 I Admit the vehicle had a small crack in the windshield.

24 Request No. 3:

25 I Admit the vehicle was a gold-colored Mercury Cougar with a white Phantom

   top.

                                    - 1

1  Request No. 4:

2  I Admit the vehicle was a white Suburban.

3  Request No. 5:

4  I Admit in Part to this Request that the Officers who pulled over my vehicle,
5  Officer Hobbs and Officer Hardisty, were not the same Officers I encountered
6  on 8-2-06.  I Deny in Part to this Request because, Sgt. Celli, whom arrived
7  after I was pulled over was one of the Officers I encountered on 8-2-06.

8  Request No. 6:

9  I Admit I was not wearing a seat belt on 8-3-06.

10  Request No. 7:

11  I can not Admit or Deny to this Request because I provided the Officers with
12  the DMV print out of My Temporary Drivers License that was issued to Me
13  through CA DMV.

14  Request No. 8:

15  I can not Admit or Deny to this Request because I do not know who called for
16  an ambulance on 8-3-06.

17

18

19  Dated this April 26th, 2008                Respectfully Submitted,

20

21                                             David Davis

22

23

24

25

- 2

1  DAVID DAVIS and PAGE GEARHART-DAVIS
   PRO SE
2  PO BOX 3225
   CLEARLAKE, CA 94522
3  (707)995-0749

4

5                      IN THE UNITED STATES DISTRICT

6                  THE NORTHERN DISTRICT OF CALIFORNIA

7                       SAN FRANCISCO DIVISION

8

9  DAVID DAVIS and PAGE GEARHART-DAVIS,    Case No.: **C 07-03365 EDL**

10          Plaintiff(s),                  **ANSWER TO CITY OF CLEARLAKE'S**
                                           **INTERROGATORIES TO PLAINTIFF PAGE**
11     vs.                                 **GEARHART-DAVIS, SET ONE**

12  CLEARLAKE POLICE DEPARTMENT,

13          Defendant(s)

14

15     I, Page Gearhart-Davis, submit the following answers to the Defendant City

16  of Clearlake's Interrogatories to Plaintiff Page Gearhart-Davis, Set One.  I

17  have answered the Interrogatories to the best of my knowledge with all the

18  information currently available to me.

19  Answer to Interrogatory No. 1:

20  Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

21  Disclosures.

22  Answer to Interrogatory No. 2:

23  Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

24  Disclosures.

25

                                    - 1

1   Answer to Interrogatory No. 3:

2   Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

3   Disclosures.

4   Answer to Interrogatory No. 4:

5   Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

6   Disclosures.

7   Answer to Interrogatory No. 5:

8   Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

9   Disclosures.

10  Answer to Interrogatory No. 6:

11  Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

12  Disclosures.

13  Answer to Interrogatory No. 7:

14  Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

15  Disclosures.

16  Answer to Interrogatory No. 8:

17  Refer to Plaintiff(s) First Amended Complaint and Plaintiff(s) Initial

18  Disclosures.

19  Answer to Interrogatory No. 9:

20  None as of now.

21  Answer to Interrogatory No. 10:

22  None as of now.

23  Answer to Interrogatory No. 11:

24  I do not have enough information or belief to enable myself to answer this

25  Interrogatory.

- 2

1    Answer to Interrogatory No. 12:

2    Not Applicable.

3    Answer to Interrogatory No. 13:

4    I do not have enough information or belief to enable myself to answer this

5    Interrogatory.

6    Answer to Interrogatory No. 14:

7    Not Applicable.

8    Answer to Interrogatory No. 15:

9    I do not have enough information or belief to enable myself to answer this

10   Interrogatory.

11   Answer to Interrogatory No. 16:

12   Not Applicable.

13   Answer to Interrogatory No. 17:

14   I do not have enough information or belief to enable myself to answer this

15   Interrogatory.

16   Answer to Interrogatory No. 18:

17   Not Applicable.

18   Answer to Interrogatory No. 19:

19   I do not have enough information or belief to enable myself to answer this

20   Interrogatory.

21   Answer to Interrogatory No. 20:

22   Not Applicable.

23   Answer to Interrogatory No. 21:

24   I do not have enough information or belief to enable myself to answer this

25   Interrogatory.

1  Answer to Interrogatory No. 22:

2  Not Applicable.

3  Answer to Interrogatory No. 23:

4  As of Now: David Davis, Page Gearhart-Davis, Teresa Stacey, Marci Deverau.

5

6  Dated this April 26th, 2008                    Respectfully Submitted,

7                                                 *Page Gearhart Davis*

8                                                 Page Gearhart-Davis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 4

1    DAVID DAVIS and PAGE GEARHART-DAVIS
     PRO SE
2    PO BOX 3225
     CLEARLAKE, CA 94522
3    (707)995-0749

4

5                      IN THE UNITED STATES DISTRICT

6                 THE NORTHERN DISTRICT OF CALIFORNIA

7                       SAN FRANCISCO DIVISION

8

9    DAVID DAVIS and PAGE GEARHART-DAVIS,    Case No.: **C 07-03365 EDL**

10              Plaintiff(s),              **ANSWER TO CITY OF CLEARLAKE'S REQUEST
                                           FOR ADMISSION TO PLAINTIFF PAGE
11        vs.                                    GEARHART-DAVIS, SET ONE**

12   CLEARLAKE POLICE DEPARTMENT,

13              Defendant(s)

14

15       I, Page Gearhart-Davis, submit the following answers to the Defendant City

16   of Clearlake's Request for Admission to Plaintiff Page Gearhart-Davis, Set

17   One.   I have answered the Requests to the best of my knowledge with all the

18   information currently available to me.

19   Request No. 1:

20   I can not Admit or Deny this Request because according to CA DMV My Drivers

21   License was valid.

22   Request No. 2:

23   I Admit the vehicle I was driving on 12-27-06 was not registered.

24

25

                                    - 1

1   Dated this April 26th, 2008                     Respectfully Submitted,

2

3                                                                Page Gearhart-Davis

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        - 2