FILED

2008 APR 30 PM 1: 38

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

David Davis and Page Gearhart-Davis
PRO SE,

    Plaintiff(s),

Vs.

Clearlake Police Department,

    Defendant(s)

    _____/

Case Number: **C 07-03365 EDL**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the above entitled action.

That on _____4/29/08_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

```
Low Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111
```

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_