UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY -6 PM 12: 20

David Davis and Page Gearhart-Davis
PRO SE,

Plaintiff(s),

VS.

Clearlake Police Department

Defendant(s)

Case Number: **C 07-03365 EDL**

**CERTIFICATE OF SERVICE**



    I, the undersigned, hereby certify that I am over the age of eighteen and not a party to the above entitled action.

    That on __5/5/08__, I served a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

    Low, Ball & Lynch
    505 Montgomery Street, 7th Floor
    San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

_Scott Brown_

```
 1  DAVID DAVIS and PAGE GEARHART-DAVIS
    PRO SE
 2  PO BOX 3225
    CLEARLAKE, CA 94522
 3  (707)995-0749

 4

 5                  IN THE UNITED STATES DISTRICT

 6              THE NORTHERN DISTRICT OF CALIFORNIA

 7                     SAN FRANCISCO DIVISION

 8

 9  DAVID DAVIS and PAGE GEARHART-DAVIS,    Case No.: C 07-03365 EDL

10          Plaintiff(s),                    SUPPLEMENTAL CASE MANAGEMENT STATEMENT
                                             AND PROPOSED ORDER
11      vs.

12  CLEARLAKE POLICE DEPARTMENT,

13          Defendant(s)

14

15     The Plaintiff(s) to the above-entitled action jointly submit this

16  Supplemental Case Management Statement and Proposed Order and request the

17  court to adopt it as a Supplemental Case Management Order in this case.

18     On 4/1/08 and 4/2/08 Plaintiff, Page Gearhart-Davis left a message on

19  Defendant(s) council, Dirk Larson, voicemail reminding him a date needed to

20  be set up to meet and confer before our next case management conference.

21     On 4/7/08 Plaintiff, Page Gearhart-Davis and Defendant(s) council, Dirk

22  Larson conferred about the case and both agreed that not much had changed

23  since the last Case Management Statements had been filed.  Dirk Larson

24  proposed he would write up a Supplemental Case Management Statement and see

25  if we could come to any agreement about it and if not we agreed to file

    separate Supplemental Case Management Statements.
```

- 1 -

1         DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

2  The following progress or changes have occurred since the last case

3  management statement filed by Plaintiff(s):

4     1. Description of the Case

5        A) The events underlying the action have not changed.

6        B) The principal factual issues witch the parties dispute remain the

7           same with the following additions:

8           1. Whether the Defendant(s) defilation of character.

9        C) The principal legal issues which the parties dispute remain the

10          same.

11       D) Factual issues which remain unsolved remain the same.

12       E) Defendant(s) have been served with all appropriate papers.

13       F) There are no additional parties intended to join.

14       G) Both parties consented to assignment of this case to a United

15          States Magistrate Judge for Jury Trial.

16    2. Alternative Dispute Resolution

17       A) The parties are scheduled to have a Settlement Conference on June

18          6,2008 at 10:00am with Judge James'.

19    3. Disclosures

20       A) The Plaintiff(s) made their Initial Disclosures on February 26,

21          2008.

22    4. Discovery

23       A) All non-expert discovery shall be completed no later then June

24          23, 2008.

1  B) Each side shall be limited to ten depositions. Each party may
2  propound twenty-five requests for documents, interrogatories and
3  requests for admission on each opposing party.
4  C) Initial expert disclosures shall be made no later than August 26,
5  2008.
6  D) All expert discovery shall be completed no later than September
7  9, 2008.
8  5. TRIAL SCHEDULE
9  A) Jury trial will begin on November 10, 2008 at 8:30am in courtroom
10  E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102.
11  B) The length of the trial will be not more than 5 days.
12  There are no further requests by Plaintiff at this time.

14  Dated this May 5, 2008                    Respectfully Submitted,

                                              _____
                                              DAVID DAVIS and
                                              PAGE GEARHART-DAVIS