UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**  **Date:** May 13, 2008
**UNITED STATES MAGISTRATE JUDGE**

Case No:   C-07-03365  EDL

Title:   DAVID DAVIS, et al  v. CLEARLAKE POLICE DEPT.

Attorneys:   Plaintiffs:   David Davis, Page Gearhart Davis
Defendant:  Dirk Larsen, Dale Allen

**Deputy Clerk:**   Lili M. Harrell    **Court Reporter:** Lydia Zinn
(Time: 10:43am -10:56am)

**PROCEEDINGS:**                                          **RULINGS:**

Plaintiffs' Motion to Compel                              Granted in part


**ORDERED AFTER HEARING:**


**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**


Notes:  Court to review privilege log and documents *in camera*.


cc: