UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DAVIS et al, | Case Number: CV07-03365 EDL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CLEARLAKE POLICE DEPT. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Davis
Page Gearhart-Davis
P.O. Box 3225
Clearlake, CA 95422

Dated: May 14, 2008

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk