IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID DAVIS, et al.,

    Plaintiffs,

v.

CLEARLAKE POLICE DEPT.,

    Defendant.

No. C-07-03365 EDL

**ORDER RE: <u>IN CAMERA</u> REVIEW**

At the May 13, 2008 hearing on Plaintiffs' Motion to Compel, Defendant submitted excerpts of personnel records for in camera review. At the March 4, 2008 discovery hearing, Plaintiffs articulated that they sought "complaints or reports of complaints, whether determined to be unfounded or not, relating to harassment, racial profiling or other similar conduct within the last five years with respect to the officers at issue." With these parameters in mind, and interpreting Plaintiffs' request for information broadly, the Court orders that some documents that were withheld should be produced.

Defendants shall produce: (1) complaint and IA findings for complaint #06-08-03/90 (exhibit E-1); (2) complaint and IA findings for complaint #08-13-07/132-137 (exhibit G-1); (3) complaint and IA findings for complaint #08-01-132 (exhibit G-1); and (4) complaint and IA findings for complaint # 08-27-07/107 (exhibit H-1). These complaints broadly relate to harassment, racial profiling or similar conduct. The remaining documents listed on the privilege log fall outside the legitimate scope of Plaintiffs' request for personnel records pertaining to conduct reasonably similar to the conduct alleged by Plaintiffs here. If Defendant has not already done so, it shall serve on

1  Plaintiffs a copy of the privilege log that it submitted to the Court. These documents shall be
2  produced no later than May 30, 2008. Defendant may redact these documents for personal
3  information such as social security numbers.

**IT IS SO ORDERED.**

Dated: May 20, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2