IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID DAVIS, et al.,           No. C-07-03365 EDL

    Plaintiffs,                 **ORDER RE: PLAINTIFFS' MAY 14, 2008 LETTER**

  v.

CLEARLAKE POLICE DEPT.,

    Defendant.
_____/

      The Court received the attached letter from Plaintiffs. It does not appear that the letter was copied to Defendant. Plaintiffs are reminded that whenever they provide a document to the Court, they must send a copy to Defendant, just as whenever Defendant does so, it must serve Plaintiffs with a copy.

      On May 13, 2008, the Court issued an order granting in part Plaintiffs' motion to compel. It appears that Plaintiffs' May 14, 2008 letter and the Court's Order crossed in the mail. Having read the briefs prior to the hearing, which did not raise any novel or complex issues, the Court did not need extensive oral argument to make its ruling. The May 13, 2008 Order explained the Court's ruling in some detail and granted the majority of relief Plaintiffs sought, likely addressing at least some of Plaintiffs' concerns stated in their letter. In addition, the Court issued a ruling regarding its <u>in camera</u> review of complaint and investigation files on May 20, 2008, granting additional relief to Plaintiffs and ordering Defendant to produce several complaints and investigations that were otherwise being withheld.

If Plaintiffs still have concerns that they wish the Court to address, they may contact the courtroom deputy at 415-522-3694 and request a further case management conference on June 17, 2008 or a later date, subject to the Court's availability.

**IT IS SO ORDERED.**

Dated: May 22, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge