United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

David Davis & Page Gearhart-Davis
PO Box 3225
Clearlake, CA 95422
(707) 995-0749

Re: No. C-07-03365 EDL

May 14, 2008

Dear Magistrate Judge Elizabeth D. Laporte,

    This letter is in reference to a problem we have from the day we had our Case Management Conference and Motion to Compel on May 13, 2008. Regardless of Dale Allen's position as a attorney that does not give him the right, and you to allow him, to insult us by giving you a false impression that he tries to explain while holding our hand walking us through procedures, when in truth we don't even speak to Dale Allen per his request almost three months ago besides the deposition which he took. We have filed all of the necessary documents. We have followed all your orders and court procedures.

    Dale Allen clearly lied to you in open court alleging he sent documents when in fact he didn't. It is also a true fact Dale Allen sent us a blank tape alleging there was a conversation between Cpt. Larson and us.

    You clearly stated this was a waste of the courts time. You did not allow us the opportunity to point out true and correct facts to you, which were completely relevant to our motion to compel. We feel it was completely unfair how you allowed council from other cases to explain their points out in full detail, but allowed us very little time to even speak. If you felt that this motion was a waste of the courts time why didn't you deny it when we submitted it? Why were no issues from our case management statements discussed?

Respectfully Submitted,

David Davis & Page Gearhart-Davis