Total Time (Hrs): **2**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** June 6, 2008
**TITLE:** Davis -v- Clearlake Police        **CASE #:** C-07-3365 EDL

### APPEARANCES:

**FOR PLAINTIFF:**          **FOR DEFENDANT:**

**David Davis, Pro Se**          **Dale L. Allen, Jr.**
**Page G. Davis, Pro Se**

**Deputy Clerk:** Brenda Tolbert          **Reporter:**

### PROCEEDINGS:

\_\_\_\_ Case Management
\_\_\_\_ Further Case Management
\_\_\_\_ Status Conference
\_\_\_\_ Pretrial Conference
_X_ Settlement Conference (Length: 2 Hr/s.)
\_\_\_\_ Evidentiary Hearing
\_\_\_\_ Examination of Judgment Debtor
\_\_\_\_ Motions
\_\_\_\_ Other:

### ORDER/RESULTS:

**Settlement Conference Held. Parties Unable to Settle.**

**Case Continued To:**_____   **For:**_____
**Case Referred To:**       EDL            **For:**   Trial/Setting

**ORDER TO BE PREPARED BY:**

**cc:** Chambers File, Chris, Brenda,  Other: