1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   CITY OF CLEARLAKE
6  (erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

7

8              IN THE UNITED STATES DISTRICT COURT FOR

9              THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| DAVID DAVIS and PAGE GEARHART-DAVIS PRO-SE, | Case No. C 07-03365 EDL |
| Plaintiffs, | DECLARATION OF DIRK D. LARSEN IN SUPPORT OF DEFENDANT CITY OF CLEARLAKE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT |
| vs. | |
| CLEARLAKE POLICE DEPARTMENT, | |
| Defendants. | Date: August 12, 2008<br>Time: 9:00 a.m.<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. LaPorte |

I, DIRK D. LARSEN, declare as follows:

1. I have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

2. I am an attorney at law duly licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California, and am an associate employed by the law firm of Low, Ball & Lynch, attorneys of record herein for defendant CITY OF CLEARLAKE.

3. A true and copy of plaintiffs DAVID DAVIS and PAGE GEARHART-DAVIS's First

Amended Complaint, filed in this matter on August 23, 2007, is attached hereto as Exhibit 1 and incorporated by this reference.

4. A true and correct copy of the cited portions of the transcript of the deposition of plaintiff David Davis, taken in this matter on May 6, 2008, is attached hereto as Exhibit 2 and incorporated by this reference.

5. A true and correct copy of the cited portions of the transcript of the deposition of plaintiff Page Gearhart-Davis, taken in this matter on May 6, 2008, is attached hereto as Exhibit 3 and incorporated by this reference.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my own personal knowledge.

Executed this 8th day of July, 2008, in San Francisco, California.

_____
DIRK D. LARSEN

-2-

DECLARATION OF DIRK D. LARSEN IN SUPPORT OF DEFENDANT CITY OF CLEARLAKE'S
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

J:\1427\sf0001\MSJ\MSJ-Larsen.dec.wpd                                    Case No. C 07-03365 EDL