# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


David Davis and Page      Case No.:  C 07-03365 EDL
Gearhart-Davis PRO SE,

       Plaintiff,

  vs.

       Defendant.
_____/



DEPOSITION OF PAGE GEARHART-DAVIS




DATE:        May 5, 2008


TIME:        1:16 p.m.


LOCATION:    600 Administration Drive
             Law Library, Rm. 213 J
             Santa Rosa, California 95401

REPORTED BY: Cindy L. Boccaleoni
             Certified Shorthand Reporter
             License Number 12987

Golden Gate Reporting

```
 1               A P P E A R A N C E S

 2

 3    For the Plaintiff:

 4          PAGE GEARHART-DAVIS, Pro Se

 5          P.O. Box 3225
            Clearlake, California 95422
 6

 7    For the Defendant:

 8          DALE L. ALLEN, JR., ESQ.

 9          LOW, BALL & LYNCH
            505 Montgomery Street, 7th Floor
10          San Francisco,California 94111-2584
            (415) 981-6630
11          (415) 982-1634
            DAllen@lowball.com
12

13                    --oOo--

14

15

16

17

18

19

20

21

22

23

24

25
```

Golden Gate Reporting

Page 3

```
 1                    I N D E X

 2

 3   EXAMINATION BY:                    PAGE:

 4        MR. ALLEN                      4

 5

 6              E X H I B I T S

 7   Defendant's Exhibit:

 8              None marked

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 38

1      A.   I gave them my Florida identification

2   because when I moved to Florida I threw my

3   California Driver's License away.  I, at that

4   point, didn't realize I was going to be moving

5   back to California.  I did give them my

6   California -- my old California Driver's License

7   number because I had memorized it.

8      Q.   Did you have valid registration on the

9   suburban you were driving?

10      A.   No, I did not.

11      Q.   And did you have valid insurance on the

12   suburban that you were driving that night?

13      A.   I don't remember if there was insurance

14   on that vehicle.  I think there was, actually.

15      Q.   Okay.  Your husband refused medical

16   treatment that night; is that correct?

17      A.   Yes.

18      Q.   He's testified that because he was

19   fearing for his life?

20      A.   Yes.

21      Q.   Do you know why he was fearing for his

22   life?

23      A.   Well, he was in the back of the

24   ambulance and I was assuming that he -- at that

25   point, I was assuming he was going to go to the

Page 43

1    was my honest opinion that he felt kind of

2    surprised and thrown back by the whole situation

3    about what was going on.

4         Q.  Did he give you a ticket?

5         A.  Yes, he did.

6         Q.  For expired registration and obstruction

7    of a license plate?

8         A.  Yes.

9         Q.  And the registration was expired; is

10   that correct?

11        A.  That is correct.  It had just expired

12   two days ago {sic.} and I had just purchased the

13   vehicle a month ago, and since it had December

14   tags on there and I just purchased the vehicle,

15   I, unfortunately, did not rush down to the DMV to

16   get it registered.  I was thinking that I had

17   like a grace period to do so.

18        Q.  Were there any racial slurs made toward

19   you that day?

20        A.  No.

21        Q.  Or your husband?

22        A.  No.

23        Q.  The next incident was an incident where

24   Officer -- Sergeant Celli came to the house on

25   what was purported to be a 911 phone call; is

Golden Gate Reporting

Page 44

1    that right?

2        A.   An assumed 911 phone call, yes.

3        Q.   Okay.  I mean, you were told that by

4    Sergeant Celli, weren't you?

5        A.   Actually, Sergeant Celli didn't speak

6    with us.  It was the other officer who was there

7    who did.  I don't remember what his name is

8    without looking at the report stuff that you sent

9    us.

10       Q.   Did anybody make a 911 call from your

11   house?

12       A.   No.

13       Q.   Did Sergeant Celli --

14       A.   Sergeant Celli was hiding behind the

15   bushes the whole time.

16       Q.   He never spoke with you?

17       A.   No.

18       Q.   Never said any -- made any comments?

19       A.   No, he -- the other officer was very,

20   um -- explaining basically, "Hey, we received a

21   911 call from this house.  Is this, you know,

22   Page Davis's home?"  And I told him, "I'm Page

23   Davis."  And he was explaining how when a 911 one

24   call comes through, it goes through their

25   Lakeport dispatch, that it's then called out to

Page 45

1    them for, I guess, the 911 call hang-ups and they

2    have to come, you know, check it out.

3            And Celli, the whole time, was hiding

4    behind the bushes and basically ended up telling

5    the officer, "Come on let's go, there's nothing

6    going on here."

7        Q.  And your husband took a video of this?

8        A.  Yes, he did.

9        Q.  The video didn't come out, though, but

10   the audio was working; is that right?

11       A.  Yes, mm-hmm.

12       Q.  Okay.

13       A.  Celli supposedly has audio of it, too,

14   that we had not received.

15       Q.  And has -- were any racial slurs or

16   comments made that night?

17       A.  No.

18       Q.  And you also have put in your pleading

19   that Sergeant Celli was seen driving by your

20   house on a frequent -- on a constant basis?

21       A.  Mm-hmm.  Him and/or other officers.

22       Q.  Can you give me an estimate in a -- you

23   know, like if you want to use, for example, a

24   parameter of how many times a day, or how many

25   times a week approximately or how many times a

Golden Gate Reporting

Page 46

1    month approximately this occurred from August to

2    December of 2006?

3          A.  Um --

4          Q.  More than five, less than five a week,

5    more than five, less than five a month?

6          A.  More than five -- more than five times a

7    week easily.

8          Q.  Okay.  And was it always Celli or

9    just -- you just saw Clearlake Police Department

10   cars go by?

11         A.  Sometimes they just drove slow enough I

12   could identify, you know, that it was Celli.

13   Sometimes they'd just, shoom, (phonetical) you

14   know, drive by or as soon as they realized

15   somebody was paying -- trying to see who they

16   were, they'd hurry and speed up.  But I, you

17   know, know the Clearlake Police cars.

18         Q.  Okay.  At any time did they do anything

19   to suggest -- I mean, to focus on your house in

20   particular?  I think there's a comment about

21   shining the lights on your house.

22              Did they shine the light on your house?

23         A.  That was on the night of 911, alleged

24   911 call.

25         Q.  Other than that, when they went by your

Golden Gate Reporting

Page 49

1    to abuse to actually physical abuse.  I mean,

2    it's -- the list is -- for such a small town,

3    it's unbelievable.

4         Q.  And since January 30th, 2007, have you

5    had any other contact with the Clearlake Police

6    Department?

7         A.  Since -- I'm sorry, when?

8         Q.  January 30th, 2007.

9         A.  That's when Labbe had pulled me over,

10   no.  After that, no.

11        Q.  No, January 30th, when you -- the one

12   you had the meeting with --

13        A.  The last contact that I had -- oh,

14   sorry.  Ask the question one more time.

15        Q.  What was the last contact you had with

16   the police department?

17        A.  Last contact I had with the police

18   department was when Officer Labbe had pulled me

19   over.  I mean, actual contact -- well, no.  I

20   take that back --

21        Q.  Could it be the 911 call?

22        A.  Yeah, the 911 call I guess would have

23   been -- the 911 call, Labbe, and then, um,

24   what's -- Herman (phonetical) had came out and

25   did an actual interview at our house.  And

Golden Gate Reporting

Page 50

1   without having the dates in front of me, I don't

2   remember when would have been the last time.

3        Q.   And how has this affected you?

4        A.   Um, I'm basically pretty much in fear to

5   leave my house on the evening shift since the

6   only time I've ever been stopped has been during

7   the evening shift.

8        Q.   Have you sought any medical care?

9        A.   No.

10       Q.   Has your husband sought any medical

11  care?

12       A.   Because of what happened, no.

13       Q.   I mean, seen a therapist, counseling,

14  physical -- medical care for injuries to his

15  body, anything like that?

16       A.   No.

17       Q.   And you haven't either?

18       A.   No.  I mean, I -- I just live in fear,

19  basically.  Another thing that really disturbs me

20  from the stuff that you sent us that shows them

21  stating, you know, as far as us being a threat to

22  the community, I mean, that's -- or how is it

23  written up in there, that um... what does it say,

24  "anti-law enforcement."

25       Q.   And this is --