1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   CITY OF CLEARLAKE
6  (erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

7

8              IN THE UNITED STATES DISTRICT COURT FOR

9                THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | DAVID DAVIS and PAGE GEARHART-DAVIS ) | Case No. C 07-03365 EDL
   | PRO-SE,                              )
13 |                                      ) DECLARATION OF OFFICER
   |                          Plaintiffs, ) TIMOTHY HOBBS IN SUPPORT
14 |                                      ) OF DEFENDANT CITY OF
   | vs.                                  ) CLEARLAKE'S MOTION FOR
15 |                                      ) SUMMARY JUDGMENT, OR IN
   |                                      ) THE ALTERNATIVE, PARTIAL
16 | CLEARLAKE POLICE DEPARTMENT,         ) SUMMARY JUDGMENT
   |                                      )
17 |                         Defendants.  ) Date:      August 12, 2008
   |                                      ) Time:      9:00 a.m.
18 |                                      ) Courtroom: E, 15th Floor
                                            Judge:     Hon. Elizabeth D.
19                                                     LaPorte

20     I, TIMOTHY HOBBS, declare as follows:

21     1.     I have personal knowledge of the following facts, and could and would testify
22 competently thereto if called upon to do so.

23     2.     I am currently employed by the City of Clearlake as an officer in the City of Clearlake
24 Police Department. I have been a City of Clearlake Police Officer since February 24, 2003.

25     3.     On August 3, 2006, at approximately 1:30 a.m., I observed a white Chevrolet Suburban
26 fail to stop at a stop sign and fail to use a turn signal near the intersection of Modoc Street and Sonoma
27 Avenue in Clearlake, California. A dispatch check revealed that the registration on the vehicle had
28 expired. I stopped the vehicle and, as I approached it, noticed that the adult male in the passenger seat

was not wearing a seatbelt. I later learned that this individual was plaintiff David Davis, and that his wife, plaintiff Page Davis, was driving the vehicle. I requested photo identification from Mr. Davis, which he failed to provide. Accordingly, I handcuffed Mr. Davis and placed him in my patrol vehicle until his identity could be determined, pursuant to California Vehicle Code § 40302(a). As soon as Mr. Davis began claiming that he was experiencing breathing difficulties, I radioed Clearlake Police Department dispatch and requested that medical personnel be dispatched to the scene.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my own personal knowledge.

Executed this ___ day of July, 2008, in Clearlake, California.

_____
TIMOTHY HOBBS