| | |
|---|---|
| 1 | DALE L. ALLEN, JR., # 145279 |
|   | DIRK D. LARSEN, # 246028 |
| 2 | LOW, BALL & LYNCH |
|   | 505 Montgomery Street, 7th Floor |
| 3 | San Francisco, California 94111-2584 |
|   | Telephone (415) 981-6630 |
| 4 | Facsimile (415) 982-1634 |
| 5 | Attorneys for Defendant |
|   | CITY OF CLEARLAKE |
| 6 | (erroneously named herein as CLEARLAKE POLICE DEPARTMENT) |

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DAVID DAVIS and PAGE GEARHART-DAVIS PRO-SE, | ) | Case No. C 07-03365 EDL |
|   | ) | |
|   | ) | [PROPOSED] ORDER GRANTING DEFENDANT CITY OF CLEARLAKE'S MOTION FOR SUMMARY JUDGMENT |
| Plaintiffs, | ) | |
| vs. | ) | |
|   | ) | |
|   | ) | Date: August 12, 2008 |
| CLEARLAKE POLICE DEPARTMENT, | ) | Time: 9:00 a.m. |
|   | ) | Courtroom: E, 15th Floor |
| Defendants. | ) | Judge: Hon. Elizabeth D. LaPorte |

The motion of defendant CITY OF CLEARLAKE (the "City") for summary judgment, or in the alternative, partial summary judgment, came on regularly for hearing on August 12, 2008, at 9:00 a.m., in Courtroom E of the above-entitled Court. Low, Ball & Lynch appeared on behalf of the City, and plaintiffs DAVID DAVIS and PAGE GEARHART-DAVIS appeared *in propria persona*.

Having read and considered all papers submitted by the parties in regard to this motion, all other matters presented to the court, and after oral argument, the Court finds that there is no genuine issue of fact and the City is entitled to judgment as a matter of law.

///

///

///

---

-1-

[PROPOSED] ORDER

J:\1427\sf0001\MSJ\MSJ-pord.wpd                                                                                   Case No. C 07-03365 EDL

1  Accordingly, it is HEREBY ORDERED that the City's Motion for Summary Judgment is GRANTED,
2  and Plaintiffs' First Amended Complaint in this matter is DISMISSED WITH PREJUDICE.
3      IT IS SO ORDERED.

5  Dated: _____, 2008.

                                              _____
                                              HON. ELIZABETH D. LAPORTE
                                              U.S. MAGISTRATE JUDGE