1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   CITY OF CLEARLAKE
6  (erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

7  .

8              IN THE UNITED STATES DISTRICT COURT FOR

9              THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 DAVID DAVIS and PAGE GEARHART-DAVIS   )   Case No. C 07-03365 EDL
   PRO-SE,                               )
13                                       )   PROOF OF SERVICE
                          Plaintiffs,    )
14                                       )
      vs.                                )
15                                       )
                                         )
16 CLEARLAKE POLICE DEPARTMENT,          )
                                         )
17                        Defendants.    )
                                         )
18                                       )

---

-1-
PROOF OF SERVICE

J:\1427\sf0001\MSJ\MSJ-pos.wpd                                Case No. C 07-03365 EDL

# PROOF OF SERVICE

**Action:** David Davis and Page Gearhart-Davis v. Clearlake Police Department
U.S.D.C./Northern District Case No. C-07-03365 EDL

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:**

1. DEFENDANT CITY OF CLEARLAKE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES (F.R.C.P. 56);
2. DECLARATION OF DIRK D. LARSEN IN SUPPORT OF DEFENDANT CITY OF CLEARLAKE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT
3. DECLARATION OF LIEUTENANT MICHAEL HERMANN IN SUPPORT OF DEFENDANT CITY OF CLEARLAKE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;
4. DECLARATION OF OFFICER TODD MILLER IN SUPPORT OF DEFENDANT CITY OF CLEARLAKE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;
5. DECLARATION OF OFFICER TIMOTHY HOBBS IN SUPPORT OF DEFENDANT CITY OF CLEARLAKE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;
6. [PROPOSED] ORDER GRANTING DEFENDANT CITY OF CLEARLAKE'S MOTION FOR SUMMARY JUDGMENT; and
7. PROOF OF SERVICE

**ADDRESSES:**

**Via U.S. Mail**
David Davis and Page Gearhart -Davis
P.O. Box 3225
Clearlake, CA 95422
Tel: 707-995-0749; Fax: 707-994-0987
Plaintiffs In Pro Se

**Via Overnight Courier**
David Davis and Page Gearhart -Davis
3230 Second Street
Clearlake, CA 95422

[X] **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ] **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ] **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

1 [X] **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

[ ] **(BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)** I placed a true copy, enclosed in a sealed, postage-paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on July 8, 2008.

*Stephanie Gravem*
Stephanie Gravem