**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DAVIS and PAGE GEARHART-DAVIS,

    Plaintiffs,

    v.

CLEARLAKE POLICE DEPT.

    Defendant.
_____/

No. 07-03365 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment noticed for 9:00 a.m. on August 12, 2008 has been **reset to 9:30 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: July 17, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy