DAVID DAVIS and PAGE GEARHART-DAVIS
PRO SE
PO BOX 3225
CLEARLAKE, CA 94522
(707) 995-0749

FILED
08 JUL 23 PM 1:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID DAVIS and PAGE GEARHART-DAVIS,<br><br>   Plaintiff(s),<br><br>   vs.<br><br>CLEARLAKE POLICE DEPARTMENT,<br><br>   Defendant(s) | Case No.: **C 07-03365 EDL**<br><br>**DECLARATION OF DAVID DAVIS AND PAGE GEARHART DAVIS, IN SUPPORT TO PLAINTIFF(S) DAVID DAVIS AND PAGE GEARHART-DAVIS OPPOSITION TO DEFENDANT(S) MOTION FOR SUMMARY JUDGMENT, OR IN ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: August 12, 2008<br>Time: 9:00 a.m.<br>Courtroom: E, 15th floor<br>Judge: Elizabeth D. LaPorte |

We, David Davis and Page Gearhart-Davis, declare as follows:

1. We have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

2. A true and correct copy of All Exhibits has been filed with Plaintiff(s) David Davis and Page Gearhart-Davis Opposition to Defendant(s) Motion for Summary Judgment, or in Alternative, Partial Summary Judgment.

3. Defendant(s) have changed their stories, statements, and papers numerous times. None of their stories concur with each others.

- 1

1    4. Defendant(s) counsel has sent Plaintiff(s) blank tapes alleging they
2    contained investigations.

3

4    We swear under penalty of perjury under the laws of the State of
5    California that the foregoing is true and correct.

6

7    Executed this 22ND day of July, 2008, in Clearlake, California

8

9

10           *[signatures]*    DAVID DAVIS and PAGE GEARHART-DAVIS