UNITED STATES DISTRICT COURT **FILED**
FOR THE
NORTHERN DISTRICT OF CALIFORNIA JUL 23 PM 1:53

RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Davis and Page Gearhart-Davis
PRO SE,

Plaintiff(s),

VS.

Clearlake Police Department

Defendant(s)

Case Number: **C 07-03365 EDL**

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am over the age of eighteen and not a party to the above entitled action.

    That on __7/22/08__, I served a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

    Low, Ball & Lynch
    505 Montgomery Street, 7th Floor
    San Francisco, CA 94111