DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
CITY OF CLEARLAKE
(erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID DAVIS and PAGE GEARHART-DAVIS PRO-SE,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CLEARLAKE POLICE DEPARTMENT,<br><br>　　　　　　　　　Defendants. | Case No. C 07-03365 EDL<br><br>DECLARATION OF DIRK D. LARSEN IN SUPPORT OF DEFENDANT CITY OF CLEARLAKE'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT<br><br>Date:　　　August 12, 2008<br>Time:　　　9:30 a.m.<br>Courtroom:　E, 15th Floor<br>Judge:　　　Hon. Elizabeth D. LaPorte |

I, DIRK D. LARSEN, declare as follows:

1.　I have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

2.　I am an attorney at law duly licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California, and am an associate employed by the law firm of Low, Ball & Lynch, attorneys of record herein for defendant CITY OF CLEARLAKE (the "City").

3.　A true and correct copy of the cited portions of the transcript of the deposition of plaintiff

-1-

1  David Davis, taken in this matter on May 6, 2008, is attached hereto as Exhibit A and incorporated by
2  this reference.
3      4.   A true and correct copy of the cited portions of the transcript of the deposition of plaintiff
4  Page Gearhart-Davis, taken in this matter on May 6, 2008, is attached hereto as Exhibit B and
5  incorporated by this reference.
6      5.   A true and correct copy of the Declaration of Lt. Michael Hermann in support of the
7  City's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and the
8  exhibits attached thereto, as filed with the Court on July 8, 2008, is attached hereto as Exhibit C and
9  incorporated by this reference.
10     6.   A true and correct copy of the Declaration of Officer Todd Miller in support of the City's
11 Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, as filed with the Court
12 on July 8, 2008, is attached hereto as Exhibit D and incorporated by this reference.
13     7.   Exhibits E-1, G-1 and H-1 are true and correct copies of Clearlake Police Department
14 Internal Investigation files that were produced to Plaintiffs on May 27, 2008, pursuant to the Court's
15 order re: in camera review. Plaintiffs' opposition to the present motion cites these exhibits at
16 pp. 16:14-17:16. Due to the confidential nature of these documents, they are attached only to the version
17 of this Declaration marked "Chambers Copy."
18     I swear under penalty of perjury under the laws of the State of California that the foregoing is
19 true and correct to the best of my own personal knowledge.

21     Executed this 29th day of July, 2008, in San Francisco, California.

                                          _____
                                          DIRK D. LARSEN

-2-

DECLARATION OF DIRK D. LARSEN IN SUPPORT OF DEFENDANT CITY OF CLEARLAKE'S REPLY TO PLAINTIFFS' OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT
J:\1427\sf0001\MSJ\MSJ-reply-Larsen.dec.wpd                                          Case No. C 07-03365 EDL