**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

David Davis and Page   Case No.:  C 07-03365 EDL
Gearhart-Davis PRO SE,

        Plaintiff,

vs.

        Defendant.
_____/

DEPOSITION OF PAGE GEARHART-DAVIS

DATE:         May 5, 2008

TIME:         1:16 p.m.

LOCATION:     600 Administration Drive
              Law Library, Rm. 213 J
              Santa Rosa, California 95401

REPORTED BY:  Cindy L. Boccaleoni
              Certified Shorthand Reporter
              License Number 12987

```
 1              A P P E A R A N C E S

 2

 3   For the Plaintiff:

 4        PAGE GEARHART-DAVIS, Pro Se

 5        P.O. Box 3225
          Clearlake, California 95422
 6

 7   For the Defendant:

 8        DALE L. ALLEN, JR., ESQ.

 9        LOW, BALL & LYNCH
          505 Montgomery Street, 7th Floor
10        San Francisco, California 94111-2584
          (415) 981-6630
11        (415) 982-1634
          DAllen@lowball.com
12

13                     --oOo--

14

15

16

17

18

19

20

21

22

23

24

25
```

1                         I N D E X

2

3   EXAMINATION BY:                        PAGE:

4        MR. ALLEN                            4

5

6                       E X H I B I T S

7   Defendant's Exhibit:

8                 None marked

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   was my honest opinion that he felt kind of
2   surprised and thrown back by the whole situation
3   about what was going on.
4       Q.  Did he give you a ticket?
5       A.  Yes, he did.
6       Q.  For expired registration and obstruction
7   of a license plate?
8       A.  Yes.
9       Q.  And the registration was expired; is
10  that correct?
11      A.  That is correct.  It had just expired
12  two days ago {sic.} and I had just purchased the
13  vehicle a month ago, and since it had December
14  tags on there and I just purchased the vehicle,
15  I, unfortunately, did not rush down to the DMV to
16  get it registered.  I was thinking that I had
17  like a grace period to do so.
18      Q.  Were there any racial slurs made toward
19  you that day?
20      A.  No.
21      Q.  Or your husband?
22      A.  No.
23      Q.  The next incident was an incident where
24  Officer -- Sergeant Celli came to the house on
25  what was purported to be a 911 phone call; is

1  them for, I guess, the 911 call hang-ups and they
2  have to come, you know, check it out.
3        And Celli, the whole time, was hiding
4  behind the bushes and basically ended up telling
5  the officer, "Come on let's go, there's nothing
6  going on here."
7    Q. And your husband took a video of this?
8    A. Yes, he did.
9    Q. The video didn't come out, though, but
10 the audio was working; is that right?
11   A. Yes, mm-hmm.
12   Q. Okay.
13   A. Celli supposedly has audio of it, too,
14 that we had not received.
15   Q. And has -- were any racial slurs or
16 comments made that night?
17   A. No.
18   Q. And you also have put in your pleading
19 that Sergeant Celli was seen driving by your
20 house on a frequent -- on a constant basis?
21   A. Mm-hmm. Him and/or other officers.
22   Q. Can you give me an estimate in a -- you
23 know, like if you want to use, for example, a
24 parameter of how many times a day, or how many
25 times a week approximately or how many times a