**EXHIBIT D**

1   DALE L. ALLEN, JR., # 145279
    DIRK D. LARSEN, # 246028
2   LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
3   San Francisco, California  94111-2584
    Telephone (415) 981-6630
4   Facsimile (415) 982-1634

5   Attorneys for Defendant
    CITY OF CLEARLAKE
6   (erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

7

8                    IN THE UNITED STATES DISTRICT COURT FOR

9                       THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12  DAVID DAVIS and PAGE GEARHART-DAVIS      )   Case No. C 07-03365 EDL
    PRO-SE,                                  )
13                                           )   DECLARATION OF OFFICER
                          Plaintiffs,        )   TODD MILLER IN SUPPORT OF
14                                           )   DEFENDANT CITY OF
              vs.                            )   CLEARLAKE'S MOTION FOR
15                                           )   SUMMARY JUDGMENT, OR IN
                                             )   THE ALTERNATIVE, PARTIAL
16  CLEARLAKE POLICE DEPARTMENT,             )   SUMMARY JUDGMENT
                                             )
17                        Defendants.        )
                                             )   Date:        August 12, 2008
18  _____ )   Time:        9:00 a.m.
                                                 Courtroom:   E, 15th Floor
19                                               Judge:       Hon. Elizabeth D.
                                                              LaPorte
20       I, TODD MILLER, declare as follows:

21       1.      I have personal knowledge of the following facts, and could and would testify

22  competently thereto if called upon to do so.

23       2.      I am currently employed by the City of Clearlake as an officer in the City of Clearlake

24  Police Department.  I have been a City of Clearlake Police Officer since July 16, 1997.  Prior to that, I

25  was employed as an officer in the King City Police Department since February 24, 1990.

26       3.      On August 2, 2006, at approximately 1:30 a.m., I and Sgt. Timothy Celli of the Clearlake

27  Police Department conducted an investigatory stop of David Davis, plaintiff in the above-captioned

28  matter, as he was pumping gasoline into a gold-colored Mercury Cougar at a Flyers gas station at 15010

1   Lakeshore Drive in Clearlake, California.  Mr. Davis was with his wife, plaintiff Page Davis.  The reason

2   for the stop was that the vehicle in question did not display valid registration.  I subsequently noticed

3   that there was a crack in the vehicle's windshield through the driver's field of view.  When I inquired

4   regarding the vehicle's registration status, Mr. Davis became abusive, making derogatory comments

5   about my physique and calling me a "pig."  In response to Mr. Davis's comments, I made a statement to

6   the effect of "we don't like your kind here."  This statement referred only to individuals who exhibit

7   confrontational attitudes and disrespect toward law-enforcement officials.  It did not in any way refer to

8   African-Americans, individuals of any particular race or ethnicity, of any mixture of race or ethnicity, or

9   to individuals in mixed-race relationships.  The investigatory stop was occasioned solely by my

10  observation that the vehicle did not display valid registration, and the statement was occasioned solely

11  by Mr. Davis's abusive attitude.

12      I swear under penalty of perjury under the laws of the State of California that the foregoing is

13  true and correct to the best of my own personal knowledge.

14

15  Executed this  7ᵗʰ  day of July, 2008, in Clearlake, California.

16

17

18  TODD MILLER

19

20

21

22

23

24

25

26

27

28

-2-

DECLARATION OF OFFICER TODD MILLER IN SUPPORT OF CITY OF CLEARLAKE'S
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION
IA\4270s\0001\MSJ\MSJ-Miller.dec.wpd                                                          Case No. C 07-03365 EDL