# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**                          **Date: August 12, 2008**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**      **C-07-03365  EDL**

**Title:**        DAVID DAVIS, et al  v. CLEARLAKE POLICE DEPT.

**Attorneys:**    Plaintiffs:   David Davis, Page Gearhart Davis
                  Defendant:  Dirk Larsen, Dale Allen

**Deputy Clerk:**      Lili M. Harrell          **Court Reporter:**  Kathy Wyatt
                                                 (Time: 9:44am - 9:55am)

**PROCEEDINGS:**                                 **RULINGS:**

Defendant's Motion for Summary Judgment, or in the alternative,          Submitted
Partial Summary Judgment

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ] Plaintiff [ ] Defendant  [X] Court

**Case Continued to:**

Notes:

cc: