1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   CITY OF CLEARLAKE
6  (erroneously named herein as CLEARLAKE POLICE DEPARTMENT)

7

8              IN THE UNITED STATES DISTRICT COURT FOR

9                 THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | DAVID DAVIS and PAGE GEARHART-DAVIS  )  Case No. C 07-03365 EDL
   | PRO-SE,                              )
13 |                                      )  **PROOF OF SERVICE**
   |                   Plaintiffs,        )
14 |                                      )
   |     vs.                              )
15 |                                      )
   |                                      )
16 | CLEARLAKE POLICE DEPARTMENT,         )
   |                                      )
17 |                   Defendants.        )
   |                                      )
18 |_____)

**PROOF OF SERVICE**

Action:    David Davis and Page Gearhart-Davis v. Clearlake Police Department
U.S.D.C./Northern District Case No. C-07-03365 EDL

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:**    LETTER TO UNITED STATES MAGISTRATE JUDGE ELIZABETH D. LAPORTE DATED AUGUST 28, 2008 (along with enclosure: letter dated August 13, 2008 to David Davis and Page Gearhart-Davis)

**ADDRESSES:**
David Davis and Page Gearhart -Davis
P.O. Box 3225
Clearlake, CA 95422
Tel: 707-995-0749; Fax: 707-994-0987
Plaintiffs In Pro Se

[X]    **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]    **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]    **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]    **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on August 28, 2008.

*Stephanie Gravem*
Stephanie Gravem

-2-
PROOF OF SERVICE

J:\1427\sf0001\P-POS.Crt.Ltr.wpd