United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DAVIS, et al.,

    Plaintiffs,

v.

CLEARLAKE POLICE DEPARTMENT,

    Defendant.
_____/

No. C-07-3365 EDL

**JUDGMENT**

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of September 3, 2008, Defendants' Motion for Summary Judgment is GRANTED.

Dated: September 3, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

1