UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Davis and Page Gearhart-Davis

PRO SE,

                                                          Case Number: C 07-03365 EDL

VS                                                 CERTIFICATE OF SERVICE

Clearlake Police Department

Defendant(s)

    I, the undersigned, hereby certify that I am over the age of eighteen and not a part to the above entitled action.

    That on September 9, 2008, I served a true and correct copy(ies) of the attached, by placing said Copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

    Low, Ball & Lynch

    505 Montgomery Street, 7th Floor

    San Francisco, CA 94111

I declare under the penalty of perjury that the foregoing is true and correct.

*[signature]*